IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LARRY DEAN PADILLA,**<br><br>Plaintiff,<br><br>v.<br><br>**M. S. EVANS,**<br><br>Defendants. | CASE NO. C 06-1725 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

The Court has considered all supporting and opposing arguments regarding Defendant M.S. Evans's Motion to Dismiss. The Court finds that Plaintiff did not exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). Accordingly, Defendant's Motion to Dismiss is Granted and all claims are dismissed without prejudice, except for Plaintiff's claims for denial of exercise during January 2005.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Martin Jenkins
United States District Court Judge