1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SCOTT J. FEUDALE, State Bar No. 242671
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5871
     Fax: (415) 703-5843
8    Email: Scott.Feudale@doj.ca.gov

9  Attorneys for Defendant Michael S. Evans[1]

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY DEAN PADILLA,<br><br>                            Plaintiff,<br><br>v.<br><br>M. S. EVANS,<br><br>                            Defendants. | CASE NO. C 06-1725 MJJ<br><br>**DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT** |

    Defendant Evans, for the reasons more fully set forth in the accompanying declaration of counsel, respectfully requests a 90-day extension of time, up to and including May 26, 2008, to

///

///

///

///

---

    1. To the best knowledge of the Attorney General's Office Defendant D.M. Mantel has not been served with a copy of Plaintiff's First Amended Complaint. Accordingly no appearance is entered on behalf of Defendant Mantel at this time.

Def.'s Ex Parte Req. Ext. Time File Mot. Summ. J.                      Padilla v. Evans
                                                                       C 06-1725 MJJ

1

1 | file their motion for summary judgment.

2 |     Dated: February 25, 2008
          Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Scott J. Feudale*

SCOTT J. FEUDALE
Deputy Attorney General
Attorneys for Defendant Evans

40221010.wpd
SF2006200423

Def.'s Ex Parte Req. Ext. Time File Mot. Summ. J.

Padilla v. Evans
C 06-1725 MJJ

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Padilla v. Evans**

No.: **C 06-1725 MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 25, 2008</u>, I served the attached

**DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF SCOTT J. FEUDALE IN SUPPORT OF DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Larry D. Padilla (P-05966)
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960-1020
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 25, 2008, at San Francisco, California.

| M. Luna | M. Luna |
|---|---|
| Declarant | Signature |

40221660.wpd