IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY DEAN PADILLA,<br><br>Plaintiff,<br><br>v.<br><br>M. S. EVANS,<br><br>Defendants. | CASE NO. C 06-1725 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT** |

Defendant Evans filed a request for a 90-day extension of time up to and including May 26, 2008, to file his motion for summary judgment. The Court has read and considered Defendant's request and good cause appearing,

IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and including May 26, 2008, to file a motion for summary judgment is GRANTED. Plaintiff's opposition to Defendant's summary-judgment motion will be due thirty days later, on or before June 25, 2008. Defendant's reply brief will be due fifteen days later, on or before July 10, 2008.

Dated: _____

The Honorable Martin Jenkins
United States District Court Judge

[Proposed] Order Granting Defs.' Ex Parte Req. for Ext. of Time File Mot. Summ. J.      Padilla v. Evans
                                                                                          Case No. C 06-1725 MJJ

1