1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | SCOTT J. FEUDALE, State Bar No. 242671
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5871
Fax: (415) 703-5843
8 | Email: Scott.Feudale@doj.ca.gov

9 | Attorneys for Defendants M.S. Evans

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **LARRY DEAN PADILLA,**<br><br>                                Plaintiff,<br><br>        v.<br><br>**M. S. EVANS,**<br><br>                                Defendants. | CASE NO. C 06-1725 JF<br><br>**DECLARATION SCOTT FEUDALE IN SUPPORT OF DEFENDANT'S MOTION TO MOTION FOR SUMMARY JUDGMENT** |

        I, Scott Feudale, declare:

        1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendant Evans (Defendant) in this matter. I am competent to testify to the matter in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion for Summary Judgment.

        2.    Attached as Exhibit A is the Declaration of the Custodian of Records, dated April 21, 2008, authenticating Exhibits B and C.

        3.    Attached as Exhibit B is a true and correct copy of Plaintiff's Abstract of Judgment.

        4.    Attached as Exhibit C is a true and correct copy of Plaintiff's chronological movement

Decl. S. Feudale Supp. Def.'s Mot. Summ. J.

Padilla v. Evans
C 06-1725 JF

1

1 | history while he has been incarcerated within the California Department of Corrections and
2 | Rehabilitation.

4 |     I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
5 | Francisco, California, on May 1, 2008

*[signature]*

Scott J. Feudale
Deputy Attorney General

40243767.wpd
SF2006200423

Decl. S. Feudale Supp. Def.'s Mot. Summ. J.       Padilla v. Evans
C 06-1725 JF

2

# EXHIBIT A

# DECLARATION OF CUSTODIAN OF RECORDS

I, Araceli Esparza declare as follows:

I am a Staff Service Analyst employed by the California Department of Corrections and Rehabilitation at Salinas Valley State Prison, Soledad, California.

On July 14, 2006, at the request of Scott Feudale, Deputy Attorney General, from the Office of the Attorney General, a copy of the Abstract of Judgment and Movement Print Out along with other requested documents of Inmate Padilla's (P05966) Central file, were sent via U.S. mail to Mr. Feudale on July 18, 2006, in care of Leticia Ramirez, Legal Analyst.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on  April 21, 2008, at _____ Soledad _____, California.

_____

# EXHIBIT B

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

- [x] SUPERIOR
- [ ] MUNICIPAL
- [ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF __Alameda__

BRANCH OR JUDICIAL DISTRICT: __Hayward__

COURT (I.D.): 1 1 1 0 1 1

**ENDORSED FILED** ALAMEDA COUNTY
JUL 10 1998
RONALD G. OVERHOLT, Exec. Off./Clerk
By __S. TAYLOR__

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: __Larry Dean Padilla__
AKA: __Lawrence Dean Padilla  AKU146__

- [x] PRESENT
- [ ] NOT PRESENT

H22082 — A

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT
- [ ] AMENDED ABSTRACT

DATE OF HEARING (MO)(DAY)(YR): __07/10/98__   DEPT. NO.: __49__   JUDGE: __Leo Dorado__   CLERK: __Sharon Taylor__

REPORTER: __Dianne Dorn__   COUNSEL FOR PEOPLE: __Blair Thomas, DDA__   COUNSEL FOR DEFENDANT: __Kim Kupferer, APD__   PROBATION NO. OR PROBATION OFFICER: __N/A__

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   - [x] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __one__ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187** | MURDER 2nd degree | 95 | 03 | 12 | 98 | X | | | | X | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 PC | 4 | | | | | | | | | 4 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667(a) PC | 5 | 667(a) PC | 5 | 667.5(b) PC | 1 | | | | | 11 0 |

4. Defendant was sentenced to State Prison for an indeterminate term:
   - A. [ ] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
   - B. [ ] For LIFE WITH POSSIBILITY OF PAROLE on counts _____
   - C. [ ] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   - D. [x] For ~~25~~ 45 years to life, WITH POSSIBILITY OF PAROLE on counts __one__
   - E. [ ] For other term prescribed by law on counts _____

   PLUS enhancement time shown above. (Specify term on separate sheet if necessary.)

   - [x] Indeterminate sentence shown on this abstract to be served  [x] consecutive to  [ ] concurrent with any prior incompleted sentence(s).

   Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

   ***Defendant is sentenced pursuant to 667(e)(2)(A)(i) PC

   Defendant is ordered to pay $500.00 Restitution Fund Fine. Restitution reserved.

(Use an additional page if necessary.)
- [x] The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

EXECUTION OF SENTENCE IMPOSED:
- A. [x] AT INITIAL SENTENCING HEARING
- B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
- C. [ ] AFTER REVOCATION OF PROBATION
- D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
- E. [ ] OTHER

DATE OF SENTENCE PRONOUNCED (MO)(DAY)(YR): __07/10/98__
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS __1189__ INCLUDING: ACTUAL LOCAL TIME __1033__  LOCAL CONDUCT CREDITS __156__
STATE INSTITUTIONS: [ ] DMH   [ ] CDC

DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF TO BE DELIVERED

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
### SINGLE OR CONCURRENT COUNT FORM

FORM DSL 290.

(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

☒ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE

COURT OF CALIFORNIA, COUNTY OF __Alameda__

BRANCH OR JUDICIAL DISTRICT: __Hayward__

COURT (I.D.): 0 1

**ENDORSED FILED**
ALAMEDA COUNTY
JUL 10 1998
RONALD G. OVERHOLT, Exec. Off./Clerk
By __S. TAYLOR__

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: Larry Dean Padilla
AKA: Lawrence Dean Padilla

☒ PRESENT
☐ NOT PRESENT

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT
AMENDED ABSTRACT ☐

DATE OF HEARING: 07/10/98
DEPT. NO: 49
JUDGE: Leo Dorado
CLERK: Sharon Taylor
REPORTER: Dianne Dorn
COUNSEL FOR PEOPLE: Blair Thomas, DDA
COUNSEL FOR DEFENDANT: Kim Kupferer, APD
PROBATION NO. OR PROBATION OFFICER: N/A

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L.M.U) | TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 12021 | Felon in poss. of firearm | | 03 | 12 | 97 | X | | | | 25 to li* | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., If 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. OTHER ORDERS:

***Defendant is sentenced pursuant to 667(e)(2)(A)(ii) PC

5. TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT):
6. TOTAL TERM IMPOSED: __60 years to life__
7. ☐ THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):
8. EXECUTION OF SENTENCE IMPOSED:

A. ☒ AT INITIAL SENTENCING HEARING
B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. ☐ AFTER REVOCATION OF PROBATION
D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
E. ☐ OTHER _____

9. DATE OF SENTENCE PRONOUNCED: 07/10/98
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 1189 INCLUDING: ACTUAL LOCAL TIME 1033 LOCAL CONDUCT CREDITS 156
STATE INSTITUTIONS: ☐ DMH ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☒ SAN QUENTIN
☐ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.
☐ OTHER (SPECIFY): _____

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: /s/ S. Taylor
DATE: July 10, 1998

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

### ABSTRACT OF JUDGMENT – COMMITMENT
### SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the Judicial Council of California
Effective April 1, 1992

Case 5:06-cv-01725-JF     Document 103-4     Filed 05/02/2008     Page 1 of 3

# EXHIBIT C

STATE OF CALIFORNIA — CHRONOLOGICAL HISTORY — DEPARTMENT OF CORRECTIONS
CDC 1.12 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 8-3-98 | REC'D SQC | AR | | |
| 8-24-98 | P2933.5 REVIEW. FOUND ELIGIBLE TO EARN WORKTIME CREDITS ON CASE # H22082- | JC | | |
| 8-24-98 | FINE: RESTITUTION ORDERED PER ALAMEDA CO. CASE # H22082  $500.00 | JC | | |
| 8-24-98 | NOTIFICATION REQUIRED PER 3058.6 PC | JC | | |
| 8-24-98 | INTAKE/TRANSFER AUDIT. | JC | MEPD | 12-18-205 |
| OCT 27 1998 | REC'D PELICAN BAY | BN | | |
| 5-27-99 | Intake audit; P.O. Dec #1 - 7/2011 Initial - 6/2052 | BH | MEPD | 7-6-205 |
| 6-25-99 | BCL 120 Days Log #A99050048 dtd 5/?/99 P/O Dec #1 - 10/2011 Initial - 10/2053 | BH | MEPD | 11-5-205 |
| 11-10-99 | Reviewed for compliance with PC 296 | BH | | |
| 4-21-00 | 90 WCF CDC115 Log #B99-12-0007 dated 11-30-99 & 90 WCF CDC115 Log #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 dated 2-23-00 | RA | MEPD | |
| 6/2/00 | REQUESTED NOTICE OF DEATH, RELEASE, OR ESCAPE FROM DEPARTMENTAL CUSTODY | pr | | |
| 9-12-00 | Notification requested Sacramento Co. Bureau Family Support R | | | |
| 5-31-01 | Transfer audit. BCL 90 days, log #S0010004 dtd 1/11/00; BCL 90 days, log #B0080045 dtd 7/27/00. Date recalculated Dec #1 10/2012, Initial Hrg. 12/2047 | ph | MEPD | 1/27/204 |
| 6-1-01 | Administrative recalculation of data. Initial hrg 9/2053 | ph | MEPD | 10/27/205 |
| 10-7-01 | Rec'd CSP/LAC | OB | | |
| 11-1-02 | Intake audit. D-2 eff 11-30-99 D-1 eff 2-8-00. LTS: 11-8-09. Doc #1/10 11-2012 Apch 10-2053 | NR | MEPD | 11-8-205 |

STATE OF CALIFORNIA  
**CHRONOLOGICAL HISTORY**  
DEPARTMENT OF CORRECTIONS  
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 11-1-02 | PC 296 DNA required palm print only | AT | mepd | 1-18-205 |
| 2-11-03 | BCL 360 days, Log #03010028, dated 1-13-03. LTS 4-5-2010 P/O DOC#1 4/2013, IPCH 3/2054 no DE time noted in file | AOT | MEPD | 10-22-2055 |
| 7-28-03 | CDC 115 dtd 1/13/03 Log #03010028RR 60 D credit loss. DE time noted 1-13-03. | AOT | MEPD | 10-15-2044 |
| 1/5/04 | BCL 30 days, Log #03110003, dtd 11/4/03. | AOT | MEPD | 1-1-2055 |
| 3-22-04 | Transfer Audit | AOT | | |
| MAR 23 2004 | SVSP NEW ARRIVAL | | | |
| | Intake Audit, LTS 1-13-2010  Doc #1 1/2013  IPCH 12/2053 | | mepd | 1-13-2053 |
| 5/7/05 | PC 296 DNA Completed per OBIS | | | |

Number: P59606    Name: Padilla    Page: 1A