1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SCOTT J. FEUDALE, State Bar No. 242671
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5871
     Fax: (415) 703-5843
8    Email: Scott.Feudale@doj.ca.gov

9  Attorneys for Defendant M. S. Evans

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15  **LARRY DEAN PADILLA,**                    CASE NO. C 06-1725 JF

                                    Plaintiff,   **DECLARATION OF T.
16                                               SELBY IN SUPPORT OF
                                                 DEFENDANT'S MOTION
17       v.                                      FOR SUMMARY JUDGMENT**

   **M. S. EVANS,**
18
                                    Defendants.
19

20       I, T. Selby, declare:

21       1.    I am a Lieutenant at Salinas Valley State Prison (SVSP). I have been employed with

22  the California Department of Corrections and Rehabilitation (CDCR) for 12 years, and have

23  worked at SVSP as a Lieutenant for one and a half years. I am familiar with SVSP's policies and

24  procedures regarding the recording of daily activity and inmate movement in each housing unit at

25  SVSP. If called to testify in this action, I could and would competently testify to the matters in

26  this declaration. I submit this declaration in support of Defendant's Motion for Summary

27  Judgment.

28       2.    At SVSP there are four housing facilities lettered A, B, C, and D. Within Facilities A

Decl. T. Selby Supp. Def.'s Mot. Summ. J.                      Padilla v. Evans
                                                              C 06-1725 JF

1  and B there are five buildings numbered 1 through 5 and a gym housing approximately 200

2  inmates within each building. Within Facilities C and D, which house high security general

3  population inmates and administrative segregation inmates, there are eight buildings numbered 1-

4  8 housing approximately 120 inmates within each building.

5      4.    In accordance with SVSP's plan of operations, each building's floor officer and control

6  booth officer is required to keep a log of the daily activities and movement within that building

7  housing inmates. These incidents are recorded in the floor officer and control booth officer's log

8  books. Each building maintains possession of these daily log books and keeps them in a secure

9  location, inaccessible to the general public or to inmates.

10     5.    A review of prison records indicate that during the month of January 2005, Plaintiff

11  was housed in "A" Facility, Building 3, Cell 202 (upper tier). Attached as Exhibit A are true and

12  correct redacted copies of the floor officer and control booth officer's log books for Facility "A,"

13  Building 3 from January 1 through January 26, 2005. Redacted from the log books are the names

14  and CDCR prison identification numbers for all inmates other than Plaintiff, as well as security

15  check times and times when inmates' cell doors are manually locked and unlocked.

16

17     I declare under penalty of perjury that the foregoing is true and correct of my own

18  knowledge.

19     Executed this 30 day of April 2008, in Soledad, California.

20

21

22                                             T. Selby
                                               Lieutenant
23                                             Salinas Valley State Prison

24  40243809.wpd
25  SF2006200422

26

27

28

Decl. T. Selby Supp. Def.'s Mot. Summ. J.

- **Floor Officer's Log Book**
- **Control Booth Officer's Log Book**

# EXHIBIT A (Part 1 of 3)

# Floor Officer's Log Book



3/c  1/1/05  SAT  CONT

1220  Count clear
1320  Released workers
1400  E.O.W

1-1-05  3/W

4/o BRADSHAW &
NO PROGRAM
1600  WALK TO CHOW
1730  COMPLETED CHOW
1800  COUNT 98, 94 = 192
1900  PHONE & SHOWERS

2115  COUNT 100 + 100 = 200
2200  E.O.W

1-2-05  1/W
2200  C.O. villalobos on duty
2205  Security check
2300  Security check
0015  Count  200 pos  0 neg
0050  alarms
0230  count 200 pos
0500  Count

0600  E.O.W

2 JAN 05  2/W (SUN)
0600  C/o Newcomb's on duty
(Unlocked food ports for
cell feeding (Short staff)
0615  I/M _____ Paroled
OUT TO CELL FEED
0830  Trays picked up ____ food ports secured
220  Program  T/WATCH STATUS - except VISITS
Due to staff shortage



(COUNT) 2/W 2 JAN 05

1200   COUNT

1400   C/O Espey and C/O Pachoa on duty 3/W 1-2-4
1410   inventory & ok
_____, YW status due to lack of staff
1540   C/O Archley relieves C/O Pachoa
_____, floor staff to dining to feed
floor staff return to A-3
1800   count time
1829   count clear, floor staff to meeting
floor staff return to A-3, _____
start phones, porters, worker + medical showers
1955   I/M _____ → COMPLAINING OF
BREATHING PROBLEMS. CALLED MTA → MTA
WILL TALK TO HIM ON P.M. ROUNDS
COUNT, MAIL
2200   E.O.W.                3/W   1-3-05   Mon

2200   C/O Robinson on Duty
COUNT
COUNT
COUNT
0600   E.O.W.
3 JAN 05  2/W (MON)
O635  CELLS NEWCOMB & TOTAL  CONDCTV.
FOUND FILM
CELL _____ AND ITM _____ IN CELL _____ INFORM
SGT. PEREZ
0645  ESCORTED - ITMS TO HOBSY
0645  DIABETIC _____ TO MTA.



0745    FINISHED FEEDING.
0815    STAFF MEETING.
0840    Cell Searched ▬▬▬ Found TATTOO Gun.
0900    YARD OPEN 1315. A TIER.
0925    YARD DAYROOM ↓ TIER.
1115    DAYROOM Recall.
1130    YARD Recall.
1145    Received In ▬▬▬ TO ▬▬▬
1200    COUNT.
1300    YARD OPEN ↓ TIER.
1315    DAY Room 1ST TIER.
1400    E.O.W

1400    c/o mungo and c/o wright on duty
▬▬▬ ▬▬▬ 's STATUS Released For YARD.
1430    workers in line
1515    DAYROOM Recall
1530    YARD Recall
1540    mail passed out Floor Staff out For feeding
1630    A-3 to chow
1705    A-3 returned to building
1800    COUNT
1815    STAFF meeting
1900    START Phones and showers
2045    Phones off, showers completed
2115    count mail pick up

▬▬▬ ▬▬▬
2200    EOW      1-4-05 1ST Tuesday
▬▬▬ c/o Maldonado on duty
▬▬▬ COUNT @400@100=200
▬▬▬ COUNT @100@100=200
▬▬▬ Dining Worker ▬▬▬
0500 COUNT @99@100=199
0525 Dining Workers
      Done Feeding

DEF-003



4 Jan 05  2/W  (Tue)
0600   C/o Newcomb & Galloway on Duty
0605   Security Check
0610   Diabetic to MTA
0620   Main Kitchen Rel
0625   Start Chow (Walking)
0805   Feeding Complete
0820   Morning Meeting
0900   No Program (Short on Staff)

1200   Count

1400   E.O.W.
        3rd W  01-04-05
1400   C/o D. Galloway & C/o R. Delgado on Duty

1415   No Program
1435   Mail Passed Out

1600   Start Chow (Walking)
1740   Chow Complete
1800   Count  1st 99, 2nd 95
1900   Start Phones & Worker Showers
2030   Phones & Showers Complete
2115   Count  1st 100, 2nd 100
2200   E.O.W.



1-5-04  WED  1/w
2200   C/O D. CAEN ON DUTY
0815   COUNT ↓100 ↑100 =200
5230   COUNT ↓100 ↑100 -200
0500   COUNT ↓99 ↑100 =199
0600   EOW
5 JAN 05  2/W  (WED)
0600   C/O'S NEWCOMB & GALLOWAY ON DUTY
0610   DIABETIC ▮▮▮ TO MTA
0625   REL. MAIN KITCHEN WORKERS AA PROGRAM — OUT TO CONDUCT
       CELL REL.
0815   STAFF MEETING
0900   YARD OPEN  1,385. ↓TER.
0920   DAYROOM ↑TER.
1115   DAYROOM RECALL
1130   YARD RECALL
1200   COUNT
1300   YARD RELEASE
1320   DAYROOM RELEASE
1400   E.O.W
3rd W 1-5-05
1400   C/O D. GALLOWAY & C/O J. INGLE ON DUTY
1430   WORKER IN-LINE
1435   ALARM IN A-3 2 ON 1 ▮▮▮▮▮▮▮
       ON ▮▮▮▮▮▮ WITH O.C. / 37mm
1450   DAYROOM RECALL
1500   YARD RECALL
1600   START CHOW (WALKING)
1745   FEEDING COMPLETE
1800   COUNT
1820   STAFF MEETING

DEF-005

1900 INVENTORY I/m ▮▮▮▮ PROPERTY /NO
PROGRAM                                              _14(

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                      _14:
2115 COUNT 1ST 99 , 2ND 99                            _144
2200 E.O.W.                                           _160
                                                     _18C

   I/w 1-6-05                                         _140
2200  D. CAEN ON DUTY                                 _204
▮▮▮▮ ▮▮▮▮▮▮▮▮                                        _21C
005   COUNT 99↓ 99↑ = 198                            _211
250   COUNT 99 99 = 198                              _22(
▮▮▮ ▮▮▮
0500  COUNT 99 99 = 188
0600  EOW                                             _ 2

        1-06-05                                       _
0600  S/o D. Robinson & D. Galloway  on Duty          _ 26
▮▮▮▮▮▮▮▮▮▮▮▮                                         _ 22
0625 START CHOW WALKING                    /          _ 0(
0750 CHOW COMPLETE                                    00
0815 MORNING MEETING                                  01
0900 YARD RELEASE ( 2,4,GVM)                          01
0915 DAYROOM RELEASE                                  02
▮▮▮▮▮▮▮▮▮▮▮▮▮, BED MOVES A3-108 to A2-110             02
1115 DAYROOM RECALL                                   04
1130 YARD RECALL                                      05
1200 COUNT                                            05
1240 COUNT CLEAR                                      05
1315 DAYROOM RELEASE , NO YARD                        04
1400 E.O.W.

DEF-006



1-6-05 3/w

▉ ▉ C/O BRADSHAW
▉

1430 ALARM AS RESITING STAFF
1445 DAYROOM RECALL
1600 CELL FEED
1800 COUNT
1900 WORKER SHOWERS & PHONES
2045 BIULDING SECURE
▉ ▉ PICKUP MAIL
2115 COUNT ▉ 99 ▉ 100 = 199
2200 E.O.W

1/w FRIDAY 1-7-05
2300 C/O STEVENS ON DUTY. MAINT. IN BLDG. TO FIX DOOR
      ON CELL 148.
2330 DOOR FIXED, MAINT. LEFT BLDG.
▉ INVENTORY AND ▉
▉ COUNT TIME - 1ST 99, 2ND 100 TOTAL - 199
0041 COUNT CLEARED.
0115 BEGIN ALARM TESTING
0150 ALARM TESTING COMPLETED.
▉ COUNT TIME - 1ST 99, 2ND 100 TOTAL - 199
0245 COUNT CLEARED.
▉
▉ COUNT TIME - 1ST 99 2ND 100 TOTAL - 199
0509 COUNT CLEARED.
0510 DINING WORKERS RELEASED ▉
0600 E.O.W.

DEF-007



0600  C/O's PACHECO & GALLOWAY ON DUTY 2/W  01-07-05

0615  MAIN KITCHEN WORKERS OUT

0630  A-YARD DOWN. ZON 1  NO FORCE USED

0650  STARTED WALKING CHOW  A-1

0755  FINISHED CHOW

0830  STAFF MEETING

0900  YRD RELEASE TOP TIER

0945  NO DAYROOM STARTED ROLLING UP PROPERTY

1200  COUNT

1230  FINISH PROPERTY

1245  RUNNING COMMITTEE IN UNIT

1300  1ST TIER OUT TO YARD

1400  E.O.W

     1-7-05   3/W

C/O BRADSHAW & GALLOWAY ON DUTY
          (NO DAYROOM)

1430  WORKER INLINE & C STATS YARD

1530  YARD RECALL

1535  HAND OUT MAIL

1730  COMPLETED

1800  COUNT

1900  PHONES & WORKER SHOWERS

2115  COUNT 99 & 100 A = 199

2200  E.O.W

DEF-008

1/w Saturday - 1-8-05
2200 C/o Stevens on Duty.
█████ Inventory and ████████ Completed.
█████ ████ Count Time - 1st 99 2nd 160 Total - 199
0039 Count Cleared
0040 Begin Alarm Testing
0058 Alarm Testing Completed
█████ ████ Count Time - 1st 99 2nd 100 Total - 199
0239 Count Cleared
████████████████
0405 Release Dining Worker - 131
█████ ████ Count Time - 1st 98 2nd 100 Total - 198
0512 Count Cleared
0513 Dining Workers Released - 110 - 219 - 231
0600 E.O.W.

        8 Jan 05  2/w  (Sat)
0600 C/o Newcomb & Galloway on Duty.
████ ██████████
0625 Chow Release
0740 Chow Complete
0810 Morning Meeting
0900 Yard Release  (214, Gym)
0915 Dayroom Release
███████████████
1115 Dayroom Recall
1130 Yard Recall
1200 Count
1300 Yard Release
1315 Dayroom Release
1400 E.O.W

DEF-009



1-8-05   3/w
████ C/O BRADSHAW &
████ CELL SERCH'S  108, 114, 140
1515  DAYROOM RECALL
1530  YARD RECALL
1600  WALK TO CHOW
175   COMPLETED CHOW
1800  COUNT ↓97 ↑93 = 190
1900  PHONES & WORKER SHOWERS
2045  BIULDING SECURE

2115  COUNT ↓99 ↑100 = 199
2200  E.O.W

      1/W SUNDAY JANUARY 9, 2005
2200  C/O D. BLALOCK ON DUTY
████
0015  COUNT ↓99 ↑100 = 199
0230  COUNT ↓99 ↑100 = 199
████              RELEASE DINING WORKER
0500  COUNT ↓98 ↑100 = 198
0600  EOW

      2nd /WATCH  1-9-05   SUNDAY
0600  C/O MORALES + C/O MENDOZA  ON DUTY
████        - OK
0630  Begin chow. All walke to dining hall
0745  chow complete
0815  staff meeting
0900  Release 1st tier yard Top Tier RDO
████
1015  Cell search 111, 117, 123, 130
████
1130  Yard recall
1200  Count time

DEF-010

1-9-05  3/w

▓▓▓▓ ¼ BRADSHAW ▓& ALLEN ON DUTY

▓▓▓ ▓▓▓  NO PROGRAM - I/W STATUS

1600 WALK TO CHOW
1735 COMPLETED CHOW
1800 COUNT ▓96 ▓94=190
1900 WORKER SHOWERS

▓▓▓ ▓▓▓ ▓▓▓  & MAIL PICKUP

2115 COUNT ✱ 9.9 ✱ 100 = 199
2200 E.O.W

1-10-04  I/w men

2200 ¼ Robinson on Dty

▓▓▓ ▓ Equipment

▓▓▓ count /
▓▓▓ count
▓▓▓ ▓▓▓

0500 count ✱ ▓
0600 E~O₁W

2ⁿᵈ WATCH  1-10-05  MONDAY

0600 ¼ Newcomb + ¼ MORALES on Duty

▓▓▓ ▓▓▓

0625 Release Main kitchen worker
0630 Cell feeding A-1
0705 Pass out lunches
0720 cell feed A3
0830 Cell feeding complete
0835 Staff meeting
0900 No program Fog / status
0930 Run Packages
▓▓▓ ▓▓▓
1200 Count
1300 Day Room Tier. No Yard AT Moment.



1400    C/O O. MENDOZA / R. WRIGHT ON DUTY
        ████████     OF H/U + SORTING MAIL
1500    EMERGENY RECALL ON DAYROOM
1530    STAFF MEETING IN VISITING W/ WARDEN
1615    BEGAN CELL FEEDING / NO INMATES
        ON THE LINE, ALL SENT BACK HOME
1830    I/M ████████ (██) MEDICAL EMERGENY
        TAKEN TO CTC FOR EVAL.
1915    BEGAN PICKING UP TRAYS / TRASH
2040    I/M ████████ BACK FROM CTC
        ALSO I/M ████████ BACK FROM
        OUTSIDE HOSPITAL (200 PULL HOUSE)
        ████ SECV OF H/U — ████████
215     COUNT TIME    100↓  100↑ = 200
2200    E.O.W.
        Tuesday  1-11-05  1 W
2200    C/O Maldonado on duty
████████   Count @ 100 @ 100 = 200 ████████
0230    Count @ 100 @ 100 = 200
████████  COUNT @ 100 @ 100 = 200 ████████
0600    EOW
        11 JAN 05  2/W  (TUE)
0600    C/Os Newcomb & Gallow A/ ON DUTY
        ████████  UNLOCK FOOD PORTS — CELL
        FEEDING  N.O.'s I/M MOVEMENT
0610    OUT TO CELL FEED.
0925    FEEDING COMPLETED.
0930    MEETING IN VISITING W/ WARDEN.
1005    BLDG. CLEAN UP.
1200    COUNT
████████  ████████
1400    E.O.W

DEF-012



3rd W  01-11-05
1400 C/O D. GALLOWAY & C/O WHITE ON DUTY
████████████████    NO INMATE MOVEMENT
1440 PASS OUT MAIL
1600 Collected A Yard
Count
Trash ~ tray ph~
Mail ph~
Count          1st 100   2nd 100   Total 200

1W 12th January 2004. Wednesday.
2203 C/O MC Erwinn on duty.
████████ ████████
████████ ████████████ / Count - 1st 100, 2nd 100  Total 200.
████████ / Count: 1st 100 2nd 100  Total 200.
0358 To A. Dining
0500 Count.
0600 E. O. W
2nd W 1-12-05
0600 C/O D. GALLOWAY & C/O S. NEWCOMB ON DUTY
████ ████████████
0620 PASS OUT SUPPLIES
0630 START CHOW NO INMATE MOVEMENT
1020 CHOW COMPLETE
1200 COUNT
1400 E.O.W

1-12-05  3/W
████ C/O BRADSHAW & CHESLEY ON DUTY
████ LOCKDOWN
1600 CELL FEED
1800 COUNT
1930 WORKER SHOWERS
████████████
████████████ & MAIL PICKUP
2115 COUNT 100 & 100 = 200
2200 E.O.W

DEF-013



1-13-05, 1 ⅔ʷ Thursday

2200 ⁴/₀ D. Maldonado on duty

▅▅▅▅▅  Count 100/100=200  ▅▅▅▅▅▅
▅▅▅▅▅  Count 100/100=200  ✓

0600 E.O.W
     2ⁿᵈ W 1-13-05
0600 ⁴/₀ D. Galloway ₹ ⁴/₀ Witus ON DUTY

0630 START CHOW (NO INMATES)
0940 CHOW COMPLETE
1000 INMATES OFF LOCKDOWN
1200 COUNT
1315 YARD RELEASE (1,3,5)
1335 DAYROOM RELEASE
1400 E.O.W

     1-13-05   3/W
▅▅▅▅ ⁴/₀ BRADSHAW ₹ CUNNINGHAM ON DUTY

1430 WORKER INLINE
1515 DAYROOM RECALL
1530 YARD RECALL
1600 WALK TO CHOW
1730 COMPLETED CHOW
1800 COUNT + 95 + 94 = 189
1900 PHONES ₹ SHOWERS
▅▅▅▅▅▅
▅▅▅▅  ▅▅▅▅▅  ₹ MAIL PICKUP
2115 COUNT + 99 + 100 = 199
2200 E.O.W

2
2
c
o
o
o
a
a
1

DEF-014

1-14-05 1ˢᵗ, Friday

2300 C/O ███████ on duty

Count @ 99 @ 100 = 199
Count @ 99 @ 100 = 199

0500 Count @ 98 @ 100 = 198
0600 EOW

NOTE: 0115 Personal Alarm A3 cell ███████

"Cell Fight"

NOTE: 0250 Personal Alarm A3
Resisting Staff I/m ███████

NOTE: I/m ███████ moves TO A5

2ⁿᵈ W 1-14-05
0600 C/O D. GALLOWAY & C/O J. PACHECO ON DUTY

0620 START CHOW (WALKING.)
0745 CHOW COMPLETE
0815 MEETING
0900 YARD RELEASE (2, 4, GYM)
0915 DAYROOM RELEASE
1115 DAYROOM RECALL
1130 YARD RECALL
1200 COUNT
1305 YARD RELEASE
1320 DAYROOM RELEASE
1400 E.O.W



1-14-05  3/W
█████  C/O BRADSHAW and C/O LOPEZ ON DUTY
█████████

1430  WORKER INLINE & C STATS YARD
1530  YARD RECALL
1600  WALK TO CHOW
1730  COMPLETED CHOW
1800  COUNT ↓94 ↑95 = 189
1900  PHON'S & WORKERS  SHOWERS
███████ ████████
████ ███

2115  COUNT ↓99 ↑99 = 198
2200  E.O.W
                1-15-05  1st (W)  Saturday
2200  C/O Maldonado on duty
██████
██████ Count @ 099@99 = 198 ████████
0230  Cont @ 99@99 = 198
██████ ████████  Dining worker 131
0500  Count @ 98@99 = 197
0600  EOW
        15 Jan 05  2/W (SAT)
0600  C/O Newcomb & Galloway on Duty.
██████
0610  DIABETIC ██████ TO MTA.
0620  OUT TO CONDUCT MORNING MEAL.
0815  STAFF MEETING.
0900  YARD Release 1,3 & 5 ↑ TIER.
      'CC DAY Room A-3 PASS OUT PACKAGES
1130  YARD RECALL
1200  COUNT
1300  YARD RELEASE (1,3,5)
1315  DAYROOM  RELEASE
1400  E.O.W

1-15-05   3/w

C/O BRADSHAW & LOPEZ ON DUTY

1515 DAYROOM RECALL
1530 YARD RECALL
1600 WALK TO CHOW
1730 COMPLETED CHOW
1800 COUNT ☒99 ☒100 = 199 ☒94 ☒96 = 190
1900 PHONES & WORKER SHOWERS

2115 COUNT ☒99 ☒100 = 199
2200 E.O.W.

1/W 1-16-05   Sun

2200 C/O Robinson on Duty

☐ Equipment check

count/

count/

count/

0600 E.O.W

1600 C/O Arispe on Duty   2/W   1-16-05

0630 WALK to Chow

DEF-017



2

01-16-05   3/W

▬▬▬ c/o BRADSHAW &
▬▬▬    (NO PROGRAM)

| 1600 | START CHOW |
| 1730 | COMPLETED CHOW |
| 1800 | COUNT ↓96 ↑94 = 190 |
| 1900 | PHONES & SHOWERS |
| 2010 | ALARM A2 RESISTING STAFF |

▬▬▬ ▬▬▬▬▬▬
▬▬▬ ▬▬▬▬▬▬

| 2115 | COUNT ↓99 ↑100 = 199 |
| 2200 | E.O.W |

1/17/05    1/W   Mon

| 2200 | c/o Ochoa on duty |

▬▬▬ ▬▬▬▬▬

| 0050 | alarm testing |
| ▬▬ | count ▬▬▬ |
| ▬▬ | ▬▬▬▬ |
| ▬▬ | count ▬▬▬ |
| 0600 | E.O.W |

1-17-05   2nd/WATCH   MONDAY

| 0600 | c/o Morales + Samora on Duty |
| ▬▬ | ▬▬▬▬▬ |
| 0610 | 1 Diabetic to medical ▬▬▬ |
| 0620 | Release Program + Main Kitchen workers |
| 0630 | Begin chow A1 units to chow |
| 0815 | Chow complete |
| 0830 | Staff meeting |
| 0900 | Release 1st tier ⊗yard Top RDO |
| 0910 | Release 2nd tier Dayroom |
| ▬▬ | ▬▬▬▬▬ |
| 1100 | Dayroom recall |
| 1115 | Yard recall ➞ |

DEF-018



2nd WATCH   1-17-05   MONDAY

1130   Roll up  I/m ▮▮▮▮▮ property

1200   Count  38  total

1220   Continue  with  property roll up

1300   Release  Top tier  yard  1st tier  ADD

1310   Release  1st tier  Dayroom

1400   E.O.W.

——— 3/W   1/17/05   MONDAY.

1400   c/o Francis  c/o Wright  on duty.

1815   Day Room Recall.

1830   Yard Recall.

A1  to A5  walk to chow.

1800   Count Time.

1830   c/o meeting.

back from meeting;

porters, phones, B/W shower.

| MAIL PICKUP |

2115   COUNT

2200   E.O.W.

1-18-05, 1ST/W, Tuesday

2200  c/o Maldonado on duty

COUNT @ 98 @ 100 = 198

COUNT @ 96 @ 100 = 198

Dining/Water

0500   COUNT @ 97 @ 100 = 197

0600   EOW

TUESDAY  1-18-05  2/W

0600   c/o GIR AND WRIGHT  ON  DUTY

0630   START  CHOW  A-1

0800   CHOW COMPLETE  A-5

0815   MEETING  IN  HOBBY.

0830   c/o WRIGHT  RELIEVED

DEF-019

|  | COUNT  1-18-05  2/w |
|---|---|
| 0900 | NO PROGRAM |
| 1030 | DINING WORKERS BACK AND SHOWERED. |
| 1200 | COUNT |
| 1310 | HAZMAT INSPECT ALL THE CHEMICAL STORAGE AND TOOK THE MSDS BOOK TO UPDATE. |
| 1400 | EOW |

| 1400 | C/O Purvis & Wright on duty. |
|  | no program |
| 1415 | PASS OUT MAIL |
|  | 1 cell feeding |
| 1800 | count time |
|  | no program |
|  | MAIL |
| 2115 | COUNT |
| 2200 | E.O.W |

1-19-05 1ST E.W. Wednesday

| 2200 | C/O P. Maldonado on duty |
|  | COUNT D' 98@100=198 |
|  | COUNT D 98@100=198 |
|  | Dining Worker |
| 0500 | COUNT D 97@100=197 |
| 0525 | Dining Workers |
| 0600 | EOW |

2nd W 1-19-05

| 0600 | C/O D. Galloway & C/O R. Samora ON DUTY |
| 0625 | CHOW RELEASE (WALKING) |
| 0750 | CHOW COMPLETE |



0815 MORNING MEETING
0900 YARD RELEASE (2,4, GYM)
0915 DAYROOM RELEASE
0930 YARD & DAYROOM RECALL
0945 YARD RELEASE
1000 DAYROOM RELEASE
1015 ALARM IN A3 DAYROOM ███████ ! ████████
       MUTUAL COMBAT
1030 RECALL DAYROOM
1130 YARD RECALL
1200 COUNT, SUPPLIES IN BUILDING
1305 YARD RC- NO YARD OR DAYROOM
1400 E.O.W

              1-19-04  3/W
████ ¢/O BRADSHAW & PARRIS ON DUTY
████    (NO PROGRAM)
1530 WALK TO CHOW
1700 COMPLETED CHOW
1800 COUNT
████████
████████ & MAIL PICKUP
2115 COUNT ¢ 96 ↑ 100 = 196
2200 E.O.W

              1-20-05, 1ˢᵗ w, THURSday
0200 ¢/O D. Maldonado on duty
████████                ████████
      COUNT 96 @ 100 = 196  ████████
      COUNT @ 96 @ 100 = 196  ████████
████████
0500 COUNT 96 @ 100 = 196
0525 Dining Workers
0600 E.O.W

DEF-021



2w 1-20-05
0600 S/O D.GALLOWAY & S/O M.HERNANDEZ ON DUTY

0620 START CHOW (WALKING)
0745 FEEDING COMPLETE
0815 MORNING MEETING
0900 YARD RELEASE (2,4,GYM)
0915 DAYROOM RELEASE

1115 DAYROOM RECALL
1130 YARD RECALL
1200 COUNT
1300 YARD RELEASE
1315 DAYROOM RELEASE
1400 E.O.W

1-20-05 3/W

S/O BRADSHAW & S/O

1430 WORKER INLINE
1515 DAYROOM RECALL
1530 YARD RECALL
1600 WALK TO CHOW
1800 COUNT
1900 PHONES & WORKER SHOWERS

MAIL PICKUP &
2115 COUNT & 99 & 100 = 199
2200 E.O.W              1-21-05 1st Friday
2200 C/O Maldonado on duty

COUNT & 99 @ 100 = 199
COUNT & 99 @ 100 = 199

0500 Count & 99 @ 100 = 199
0525 Dining Workers
0600 E.O.W.



2W 1-21-05

0600 C/O D.GALLOWAY & C/O REYNA ON DUTY

0620 START CHOW (WALKING)

0750 CHOW COMPLETE

0815 MORNING MEETING

0900 YARD RELEASE (1,3,5)

0915 DAYROOM RELEASE

1115 DAYROOM RECALL

1130 YARD RECALL

1200 COUNT

1300 NO YARD, JUST DAYROOM

1400 E.O.W.

1-21-05

C/O BRADSHAW & MATA ON DUTY

CELL SERCHES

DAYROOM RECALL

1600 WALK TO CHOW

1720 COMPLETED CHOW

1800 COUNT

1900 PHONES & WORKER SHOWERS

2115 COUNT ☐ 99 ☐ 100 = 199

2200 E.O.W.

1-22-05 1st Fw, Saturday

W 2200 C/O Maldonado on duty

(E.o.g #1

COUNT ☐ 99 ☐ 100 = 199

COUNT ☐ 99 ☐ 100 = 199

Dining Worker

0500 COUNT ☐ 98 ☐ 100 = 498

0525 Dining Workers

0600 E.O.W.

DEF-023



8

2nd W 1-22-05

0600 C/O D. GALLOWAY & C/O O. MENDOZA ON DUTY

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

0625 START CHOW ( CELL FEEDING ) FOR #2

0805 FEEDING COMPLETE

0820 MORNING MEETING

0900 NO PROGRAM

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1200 COUNT

1300 YARD RELEASE (2,4,GYM)

1315 DAYROOM RELEASE

1400 E.O.W

1-22-05  3/W

▓▓▓▓▓ C/O BRADSHAW &
            CELL SERCHES   ▓▓▓▓▓▓▓▓▓

1515 DAYROOM RECALL

1530 YARD RECALL

1600 WALK TO CHOW

1720 COMPLETED CHOW

1800 COUNT ⊄94 ⊼94 =188

1900 PHONES & WORKER SHOWER'S

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2115 COUNT ⊄99 ⊼100 = 199

2200 E.O.W

1/W 1-23-05 Sunday

▓▓▓ C/O O.V. ▓▓▓▓ ▓▓▓▓▓▓

▓▓▓ Count/

▓▓▓ Count/

▓▓▓▓▓▓▓▓▓▓▓

▓▓▓ Count/

0600 E.O.W.

DEF-024

1/23/05    2/w    SUNI

0600    C/o SAMOAA ON DUTY.

▆▆▆▆    ▆▆▆▆    FIRST WATCH STATUS DUE TO STAFF SHORTAGE.

0620    ESCORT C/o ▆▆▆▆ TO MTA FOR DIABETIC SHOT

0640    PASSED OUT LUNCHES.

0650    CELL FEED - A5.

0820    COMPLETE CELL FEEDING - A1.

0830    TRASH & TRAY PICKUP.

0945    MTA IN BLDG TO PASS MEDS.

1010    FOG I CONDITION CANCELLED.

1030    SGT GOMEZ IN BLDG TO TALK TO C/o ▆▆▆▆ ABOUT HIS

    MEDICATION FOR A BROKEN TOOTH. MTA NOTIFIED.

1045    WORKER SHOWERS.

1200    COUNT.

1225    MTA IN BLDG TO PASS MEDS. C/o ▆▆▆▆ GIVEN PAIN MEDS.

1400    E.O.W.

1-23-05    3/w

▆▆▆▆    C/o BRADSHAW ?

1530    WALK TO CHOW

1700    CHOW COMPLETED

1800    COUNT

1900    PHONE'S & SHOWERS

▆▆▆▆    ▆▆▆▆    & MAIL PICKUP

2115    COUNT ↓99 ↑100 = 199

2200    E.O.W

DEF-025



I/W   1-24-05   mor

2200  C/o Robinson on Duty
          & Equipment
      Count
      Count
      Count
0600  E.O.W

24 JAN 2005 - 2/W · MONDAY
0600  C/o O. MENDOZA / S NEWCOMB ON DUTY
0605  A3 ALARM PPP TEMP. OUT OF ORDER / ADVISED SGT. THOMAS
0610  FOG I. - BEGAN OPENING FOODPORTS / CELLFEED.
0620  ESCORTED [redacted] DIABETIC TO MTA'S OFFICE
0630  BACK FROM MTA'S - OVER TO A5 - TO CELL FEED.
0720  ALARM - AY - CELL FIGHT. OC USED.
0735  IN A3 PASSING OUT LUNCHES - A3 COMPLETE WITH CELL FEED
0740  (2) PORTERS OUT FOR TRAY / TRASH P/U.
NOTE: MAINTANCE IN - ALARM FIXED.
0940  DAY ROOM MTER NO YARD.
1115  DAYROOM RECALL.
1200  COUNT.
1400  EOW

      3rd Watch Monday   01/24/05
      C/o Morales & Wright on duty
1530  Yard Recall | Yn CLAASSEN TO OUT SIDE HOSPITAL
      Chow   1750
1800  Count
1810  STAFF MEETING
      PHONE CALLS | WO RKERS SHOWERS
      | MAIL |
2115  COUNT
2200  E.O.W

1-25-05, 1ᵀᵂ, Tuesday

2200 To Maldonado on duty

~~count ① 99 ② 98 = 197~~

~~count ① 99 ② 98 = 197~~                Dining Workers

0500 Count ① 98 ② 98 = 186
0575 Dining Workers
0600 EOW

    25 Jan 05 2/W (Tue)
0600 C/o's Newcomb & Galloway on Duty.

THOMAS
ED.
0615 Diabetic ▓▓▓ To MTA.
0620 Rel. Main Kitchen Workers / Out to Fed.
0800 Feeding Comp.
0815 Staff Meeting
CELL FEED    " "    No Morning Program. Pass out Packages
1200 Count      Note ☒ Showered Lower Tier
1235 Count Clear
1300 Hand Out Packages
1400 E.O.W.


    3/Watch        Tuesday        1-25-05
1400 On Duty C/o D. Galloway / V. Benavides

    Hand Packages
1600 Chow Begin A-1
1750 Chow Complete A-5
1800 Count      96↓ + 94↑ = 190
1835 Count Clear
1900 Start Phones
▓▓▓▓ Pick Up Mail
2115 Count
2200 E.O.W.

12  1-26-05, 1ˢᵗ ₜₒ, Wednesday

2200 c/o Maldonado on duty          2115

~~COUNT D99@98=197~~          2200

~~COUNT D99@98=197~~

Deing Worker          2200

0500 COUNT 98-98-196          2230

0525 Dietary Workers          001

0600 E.O.W.          023

     2-6-Jan-05 2/w (WED)          043

Unk C/o Newcomb & Galloway on Duty.          055

0610 DIABETIC ~~          ~~ TO MTA.          Clocir

0620 MAIN KITCHEN WORKER Rel./OUT TO Conduct Chow.

0815 STAFF MEETING          0600

0900 YARD OPEN 2,4 & GYM.          0610

0920 RDO YARD Ret.          0615

0925 DAYROOM ↓ TIER.          1630

1030 CELL SEARCHES. 136-130-126.          0745

1115 DAY ROOM RECALL          0750

1130 YARD RECALL.          0830

1200 COUNT.          0 84

1300 YARD OPEN 2,4 & GYM.          0905

1320 RDO YARD Rel.          1000

1325 DAYROOM ↑ TIER.          1030

1400 E.O.W          1115

          1-26-05 3/w          1130

     C/o BRADSHAW & VERWOEST on DUTY.          1200

          CONTINUE MAIN KITCHEN DAYROOM          1300

1515 DAYROOM RECALL. *CELL SEARCHES          1315

1530 NAMED RECALL.          1330

1600 CHOW.          1400

1730 CHOW COMPLETE.

1800 COUNT 1ˢᵗ - 98  2ⁿᵈ - 94  T - 192.

1900 PHONES & WORKER SHOWERS.

          & MAIL CALL

DEF-028



1-26-05   3/w

2115   COUNT #00 A 98 = 198
2200   E.O.W

1-27-05   1st w, Thursday
2200 C/O Maldonado on duty

count 0100 @ 98 = 198
count 0100 @ 98 = 198

0500 count @ 100 @ 98 = 198
0515 Day Workers
0600 EOW

0600 c/o's Galloway & Pacheco on duty 01-27-05 2/w
[redacted] on fog watch
0615 Unlocked food port
0630 Started cell feeding A-1
0745 Finished cell feeding A-5
0750 Trash & Tray pick up
0830 Staff meeting
0845 Medical Emergency IV A-2
0905 Fog count clear
1100 Sgt Gomez toured Building [signature]

1115 Day Room Recall
1130 Yard Recall
1200 Count
1300 Bathroom yard 1st Tier
1345 Dayroom out 2nd Tier

1400 E.O.W

DEF-029

- **Floor Officer's Log Book**
- **Control Booth Officer's Log Book**

# EXHIBIT A (Part 2 of 3)

# Control Booth Officer's  Log Book



CONT FOR 3/W 12/31/04 - FRI.

0915  LOWER TIER DAYROOM
1115  DAYROOM RECALL
1130  YARD RECALL
1200  COUNT
1240  COUNT CLEAR
1245  3/W DINING WORKERS RELEASED
1300  YARD RELEASE
1315  UPPER TIER DAYROOM    "HAPPY NEW YEAR"
1400  E.O.W.    "HAPPY NEW YEAR"

3/W 12/31/04 Friday
1400  9⁰ Lopez  ON DUTY
1405  INV - ✓
1410  ↑ DAYROOM   ↓ YARD
1430  WORKER Inline  & C-STATUS  YARD Release
1515  DAYROOM  Recall
1535  DIABETIC  RELEASE  145
1600  CHOW  A-1 — A5
1745  CHOW  Completed
1750  ALARM  A-5 "1 on 1"  NO FORCE
1800  COUNT TIME
1900  PILLOWS  & worker Showers
2045  SHOWERS  &  pillows  Completed
2115  COUNT  TIME  ↓ 100 ↑ 100  200
2200  E.O.W.

1/W        SATURDAY        01/01/05
   HAPPY   NEW   YEAR!
2200 C/O J.A. ALVARA ON DUTY
 #   C/O PHILLIPS ON FLOOR
     INVENTORY ✓ OK
0015 COUNT TIME  ↓ 100 ↑ 100 - 200
 #
0040 COUNT CLEAR

DEF-030



0105 ALARMS TESTED
0230 COUNT ▓▓▓▓ TIME ↓100 ↑100 - 200
0242 COUNT CLEAR

# RELEASED (1) TO DINING 131

0500 COUNT TIME ↓99 ↑100 - 199

0511 COUNT CLEAR
0520 RELEASED (4) TO DINING 110, 206, 219, 231
0600 END OF WATCH (A)

1-1-05 2/W
0600 C/O BRADSHAW ON DUTY
/ SECY INVENTORY
0630 START CHOW
0730 COMPLETED CHOW A3
0800 STAFF MEETING (NO PROGRAM)
0900 CHAPEL SERVICES
1200 COUNT - 34
1320 3 WATCH DINING WORKERS

1400 E.O. W

3/W - 1/1/05 SAT
1400 C/O LOPEZ ON DUTY
1405 INV - ✓ 2 MK-4 missing - 597 Thomas was called
1410 (NO PROGRAM) "NOTE MK-4 WAS RETURNED @ 1445
1500 DIABETIC RELEASE 145
1550 CHOW RELEASE A-1 - A5
1630 YARD DOWN "Disruptive I/m's ▓▓▓▓▓▓

1730 CHOW Completed
1800 COUNT Time
1810 MEETING RUN PHONES & Corker Showers
1900 PHONES & SHOWERS
2045 SHOWERS & PHONES Completed
2115 COUNT Time ↓100 ↑100 - 200
2200 E.O. W

DEF-031



1st/W   1-02-05 SUNDAY
2200 c/o Paramo on duty
▓▓▓ Inventory ▓ ▓▓▓▓▓
▓▓▓ Count Time ▓▓▓▓▓
0100 Alarm Testing
▓▓▓ Count Time ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓ Release 1 dining worker 131 McCollum
▓▓▓ Count Time ▓▓▓
0620 E.O.W.


2/W   1-2-05 SUNDAY
0000  c/o R. Carrasco On Duty
0010  Inventory √. All Accounted For —
0015  1/4 ▓▓▓▓▓▓▓▓▓▓▓ Paroled.
0030  Cell Feeding Started.
0715  Staff in A-3 For Feeding.
0815  Cell Feeding Complete - All Buildings Fed.
0900  No Program — Staff Shortage
1200  Count Time
1240  Count Clear
1400  E.O.W.


3/W   1-2-05 Sun
1400  c/o Lopez on Duty
1405  Inv-√
1410  No Program
1520  Diabetic Release ▓▓▓▓▓▓▓
1600  Chow Release A-1 — A-5
1745  Chow Completed
1800  Count Time
1815  Meeting
1900  Laundry Pick up, Showers & Phones
2030  Phones & Showers Completed
2035  MTA's -2- F/m ▓▓▓▓▓ (Less of Breath)
2115  Count Time ↓100 ↑99 T-199
2200  E.O.W.



FIRST WATCH  JAN 3, 2005  MONDAY
2200  C/o J. A. LUNA ✓
2205  INV ✓ (1) CUFF KEY OUT FOR RESPONSE
0015  COUNT ✓
0105  ALARM TESTING ✓
0230  COUNT ✓
0404  Released ▓▓▓▓▓ TO DINING!
0500  COUNT ✓
0515  Released ▓▓▓▓▓ TO DINING
0600  E.O.W

0600  C/o C. CABRAL ON DUTY
0605  INV. & SEC ✓
0615  FOUR (4) I/m FROM ▓▓▓▓▓ TO PROGRAM SWITCHING CELLS
0620  RELEASED ▓▓▓▓ FOR DIABETIC SHOT
0718  RELEASED FOR CHOW
0735  BACK FROM CHOW / I/m ▓▓▓▓▓ OUT TO MED.
0815  MORNING MEETING
0900  YARD RELEAS ↑ 2ND TIER
0915  DAY ROOM RELEAS ↓ 1st TIER / C-STATUS SHOWERS COMPLETED
1115  DAY ROOM RECALL
1130  YARD RECALL
1200  COUNT
1300  YARD RELEASE ↓ 2ND TIER
1315  DAY ROOM RELEASE ↑ 2ND TIER
1400  E.O.W.

3/W  1/3/05  Mon
1400  C/o Lopez ON DUTY
1405  INV - ✓
1410  ↓ YARD  ↑ DAY ROOM
1430  IN/line
1515  DAY ROOM  Recall
1530  YARD Recall
1540  DIABETIC  Release ▓▓▓▓

DEF-033

3/W   1/3/05 Mon
1600 CHOW Release A-1 — A5
1745 CHOW Completed
1800 Count Time
1815 MEETING
1840 SHOWERS (Dining Workers)
1900 PHONES
2045 Showers Completed e Phones
2115 Count Time ↓ 100 ↑ 100 = 200
2200 E.O.W

January 4, 2005 Tuesday 1st Watch
2200 C/O M. Anthony on duty
2205 Inventory complete
2230 Mail
0015 Count
0230 Count
0405 / Dining worker out
0500 Count
0515 3 Dining Workers out
0600 EOW

Tuesday 1/4/2005   2/W
0600 C/O Recio
0610 EQUIP INV & SERV
0615 (1) Diabetic → MTA
0620 Release Main Kitchen Workers + Programs
0630 Start Chow A1 → Dining Hall
0655 Release A3 → Dining
0725 A-3 ← Back from Dining
0800 Chow Completes
0820 STAFF Meeting
     NO Program - STAFF Redirected
1000 Porters Clean Up

— Continued On Next Page —

DEF-034



52

Cont: Tuesday 1/4/05 2/w
1200  C/o  A  Count    32
1240  2  Dining  Kooks  out  ▉▉▉▉▉▉
1315  Release  4)  → Dining
1400  E.O.W.  /Note  Late  Relief
              from  B-5

3/w  January 4, 2005  Tuesday
1420  do  K  Metheny  on  duty
1425  Inventory  check ✓
1555  chow  started  in  A-1
1630  A3  walked  to  chow
1705  A3  recieved  from  chow
1750  OR  trays  fed  ▉▉▉▉▉
1800  count  time
1830  program  started
2045  RDA's  in  building
▉▉▉▉▉▉  count  time  /▉▉▉▉▉▉  /mail  pickup
2200  E.O.W.

/w  January 5, 2005 - Wednesday
2200  C/O  M. Anthony  on  duty
2205  Inventory  Check
2230  Mail
0015  Count
0230  Count
0405  Dining  Workers  out
0500  Count
0530  Dining  Workers  out
0600  E.O.W.

DEF-035



```
—    05 JAN 2005 – 2/W – WEDNESDAY —
0600   C/O  O. MENDOZA ON DUTY
0605   INVENTORY CHECK
0615   DIABETIC RELEASE ▓▓▓▓▓
0620   MK / PROG. WORKERS RELEASE
0700   BEGAN RELEASING  A3 TO CHOW
0730   A3 BACK FROM CHOW
0815   STAFF MEETING
0900   YARD RELEASE
0915   DAYROOM RELEASE
1115   DAYROOM RECALL
1130   YARD RECALL
1202   COUNT
1230   COUNT CLEARED
1300   YARD RELEASE
1315   DAYROOM RELEASE
1400   E O.W. ———— ⒽⒽ NPL
           3/W   1-5-05
1400   C/O  ELMS ON  DUTY ▓▓▓
  ▓▓▓ Inventory  & ▓▓▓▓▓
1430   C-STATUS  Released  to yard – Worker inline
1440   ▓▓ ALARM  A3 – 2 on 1   O.C. – 37 used
1450   Dayroom  Recalled —
1500   Yard   Recalled —
1530   Worker  Shower —
1630   A3   Released  to chow —
1700   A3   Secure
1800   Count
1830   Worker  showers
  ▓▓ I/M ▓▓▓▓▓▓▓  Rolled up —
  ▓▓ 1 264W  Baton  Round  Used 1-5-05
           SVP – FA3 – 05-01-0005
2115   Count
2200   E.O.W.  ———————
```

DEF-036

54

~~Dec~~ January 6, 2005  1st Watch Thursday

| | |
|---|---|
| 2200 | C/O M. Anthony on duty |
| 2205 | Inventory complete |
| 2330 | Mail |
| 0015 | Count |
| 0230 | Count |
| 0400 | Count |
| 0515 | 4 Dining Workers out |
| 0600 | EOW* |

—— 06 JAN 2005 – 2/W – THURSDAY ——

| | |
|---|---|
| 0600 | C/O O. MENDOZA ON DUTY |
| 0605 | INVENTORY CHECK (1) MK9 (1) 37 WOOD ROUND |
| 0610 | ████ DIABETIC RELEASE |
| 0620 | MF/PPO2 WORKERS RELEASED |
| 0700 | BEGAN RELEASING A3 TO CHOW |
| 0730 | A3 BACK FROM CHOW |
| 0800 | STAFF MEETING / ABE 1/2 RELEASE |
| 0900 | R.DO YARD RELEASE |
| 0915 | LOWER TIER DAYROOM RELEASE |
| 1115 | DAYROOM RECALL |
| 1130 | YARD RECALL |
| 1200 | COUNT TIME |
| 1235 | COUNT CLEARED |
| 1245 | (2) DINING WORKERS RELEASED (████ |
| 1300 | PM PROGRAM DELAYED TILL FURTHER |
| 1315 | NO YARD JUST DAYROOM (TOP) |
| 1400 | EOW ████ NFL |

DEF-037



3/w   1-6-05   Thurs.
1400  C/o  Lopez  on  Duty
1405  Inv. ✓  { 1 mk-9
                   wood  bound  used  1-5-05 }
1410  ↑ Day Room
1415  3/w Sgt Noland  called  Roll up  ▓▓▓▓▓
——  AD/Seg.
1420  Alarm  A-5
1435  Day Room  Recall
1530  Diabetic  Released  ▓▓▓▓▓
1535  Cell  Feed  A-1 —— A-5
1645  Trash  &  Tray  Pick up.
1730  Chow  Completed
1800  Count  Time
1815  Meeting
1845  Cell  142  Door  Doesn't  open  Sgt  Mojica
——  was  Called
1900  Phones  &  Showers
1930  I/m ▓▓▓▓  moved  into  249 U.
2045  Showers  &  Phones  Completed
2115  Count  Time  ↓ 99  ↑ 100  199
2200  E. O. W.

   January 7, 2005  Friday   1st Watch
2200  C/O  M. Anthony on  duty
2205  Inventory  complete.
2330  Mail
0015  Count
0230  Count
0500  Count
0515  4 Dining  Workers  released
0600  EOW

DEF-038



Saturday 1-8-05 VW
c/o J. Villalpando on Duty - Inventory √ok (1) MK9,
(1) 264 wood round, (1) Cuff key out for Repair ▮▮▮

0015  Count Time / Security √ok
0040  Count Clear
0045  Alarm Testing
       Count Time ▮▮▮
0638  Count Clear
▮▮▮▮▮    / Release Dining Worker ▮▮▮

▮▮▮▮   Count Time ▮▮▮
0512  Count Clear   / Release Dining Workers ▮▮▮
▮▮▮▮   / Inventory √ok
0600  E. O. W.

___ 08 JAN 2004 - 2/W - SATURDAY ___
0600  c/o O. Mendoza on duty
0605  Inventory Check ( 1-MK9, 1-264 wood rd - out )
0615  ▮▮▮ Diabetic Released to MTA for Shot.
0650  Began Releasing A3 H/U to Dining
0720  A3 Back from Chow.
0815  Staff Meeting
0900  RDO Yard Release
0915  Upper Tier Dayroom
1115  Dayroom Recall
1130  Yard Recall
1200  Count Time / Passout Razors / Bags
1225  Count Cleared
1300  RDO Yard Release / 3/W Dining Also
1315  Dayroom Release
1400  E. O. W.

DEF-039



1-7-05  ¾

0600  C/o Gallegos on duty
[redacted]  inventory [redacted]
0615  [redacted] to medical
0630  Kitchen release
0635  Yard down Zon 1 no force used
0715  Released for chow
0745  Chow return
0815  Release Education ADB 1 + 2
0830  STAFF MEETING
0900  YARD Release /medical relers
0915  No Day Room /STAFF Rolling up Property
      From [redacted] [redacted] + [redacted] From
      earlier alarm.
1130  YARD Recall
1200  Count Time
1240  Education Release ADB 1 + 2
1300  Committee on building
1400  E.O.U.

      ¾ 1-7-05   FRIDAY
1400  C/o Lopez on Duty
1405  Inv -
1410  (No Dayroom)
1430  Inv inE
1530  Yard Recall
1540  Diabetic Release [redacted]
1600  Chow Release A-1 — A-5
1745  Chow Completed
1800  Count Time
1900  Phones & Showers
1930  MTA's in Building
2000  In House moves [redacted]
2045  Phones & showers Completed
2115  Count Time  ↓99 ↑100   199
2200  E.O.W

DEF-040

1-8-05   3/W   SAT.
1400   C/O LOPEZ ON DUTY
1405   INV ✓
1410   RDO YARD  / ↓ DAYROOM
1515   Dayroom Recall
1530   YARD Recall
1545   DIABETIC RELEASE ▓▓▓▓
1600   CHOW RELEASE A-1 - A-5
1725   CHOW Completed
1800   Count Time
1820   MEETING
NOTE   Tms in 214 moved in to 150 & Tms in 150 moved to 214
1900   worker showers & phones
2030   MTA's in Building
2045   Phones & Showers Completed
2115   Count Time   ↓ 99  9 100 - 199
2200   E.O.W

1-9-05  1/W
C/O BRADSHAW ON DUTY
INVENTORY ✓
0015   COUNT
0105   ALARM TEST SWICH WILL NOT TURN OFF ALARMS, MAS, LEST FOR PLAN OPPS
0230   COUNT
▓▓▓▓ DINING WORKER ▓▓▓
0500   COUNT
0515   DINING WORKERS ▓▓▓▓▓
0600   E.O.W

9 JAN 05  2/W (SUN)
0600   C/O Newcomb ON DUTY. C/O Mendoza env workers on the floor.
0610   Dibetic to MTA ▓▓▓▓
0650   BLDG REL FOR CHOW.

DEF-041



0720 BLDG RETURNS FROM CHOW
0900 YARD IS OPEN 1,3 dS ↓ TIER 9RDO
NO DAY ROOM (A3) DUE TO ALARM MALFUNCTION
SGT CORE NOTIFIED OF PROBLEM.
1000 REL FOR PROTESTANT SERVICES.
1005 FLOOR STAFF CONDUCTING CELL SEARCHES.
1035 CELLS SEARCHED —
1130 YARD RECALL
1200 COUNT.
1230 COUNT CLEARED
TO NOTE ADVISED BY SGT THOMAS NO PROGRAMS (SHORT-STAFF)
1417 E.O.W (III) NFL

3/W  1:9:05  SUN
1400 C/O LOPEZ ON DUTY
1405 INV —
1410 NO PROGRAM < 1/W STAT. >
1520 DIABETIC RELEASE
1600 CHOW RELEASE A·1 — A·5
1700 A.3 BACK FROM CHOW
1745 CHOW COMPLETED
1800 COUNT TIME
1815 MEETING
1845 SHOWERS & LAUNDRY PICK
2020 LAUNDRY & SHOWERS COMPLETED
2115 COUNT TIME
2200 E.O.W —
January 10, 2005 1st Watch Monday
2200 C/O M. Anthony on duty
2205 Inventory completed
2346 Mail
0015 Count
0230 Count

DEF-042

Jan 10, 2005   UW  Mon
0500  Count
0515  5 Dining Workers out
0600  EOW
      Monday January 10th 2005
0600  C/O C. CABRAL ON DUTY
      ████████████████ MKG. OUT FOR BKFR. & 12000 BOTTOM ROW
0610  RELEASED DIABETIC 7/H EN ████
0635  RELEASED CENTRAL KITCHEN
0640  CELL FEEDING
0720  I/M ████████ OUT TO MED
0725  CAL FEEDING  A3
0745  FOG 1 STATUS / TRAY & TRASH PICK-UP
0815  MORNING  STAFF  MEETING
0900  NO YARD/DAY ROOM, ONCE FOG CLEARES
0935  FOG COUNT.
0945  MTA  IN BUILDING
1100  COUNSELORS ON BUILDING
1200  COUNT  TIME/ PM YARD ROO'S ONLY & 2ND DAYRM.
1300  DAY  ROOM  RELEASE
1400  E.O.W.

      3/w  1·10·05    Mon
1400  C/O  LOPEZ  ON  DUTY
1405  INK — 
1410  Day Room   ↑
1500  Day  Room   Recall
1510 < NO  Program  I/W  STATUS >
1530  MEETING   "A - Visiting"
1545 < NO  movement  of  any  I/m's  Floor  staff
      will  Be  Cell  feeding  &  Serving  Trays
      We  are  on  STATE  WIDE  LOCK  DOWN.
1615  FEEDING  in   A-1  —  A5
1715  MTA's  in  Building
1800  Count  Time    ↓ 99  ↑ 100   T. 199

DEF-043



3/c̄  1.10.05   Mon.    "Cont "

1830  Alarm  A-3  "Medical"  ███████
      Taken   to  CTC  via - ERV
1925  Trash  & Tray  pick up.
2035  Trays  Back  to  Dining
2045  I/m  ████  &  ████  Back  from  CTC.
2116  Count  Time  ↓200  ↑200  T 200
2200  E.O.W. _____
      January 11, 2005  1st Watch Tuesday
2200  C/O M. Anthony on duty
2205  Inventory check
2345  Mail
0015  Count
0230  Count
0500  Count
0600  EOW

      Tuesday  January 11th  2005
0600  S/G C. CABRAL ON DUTY
      INV. & ████ MR 9, CUFF KEY (1), WOOD BATTON (1) OUT +/ REPAIR
0610  STATE WIDE LOCKDOWN CONT.
0710  STAFF PASSING OUT LUNCHS
0730  STAFF START CELL FEEDING A3 / 0800 CELL FEEDING COMPLET
0730  STAFF MEETING
0945  ALL STAFF REPORT TO CENTRAL 4 MEETING WITH WARDEN
1200  COUNT TIME
1250  MTA IN BUILDING 4 NOON MEDS
1400  E. O. W.

January 12th 2005   3w

1400  C/o M. Begley on duty.
1410  Audible alarm. A2 i. False alarm.
1415  inventory complete.
1430  Audible alarm A2. / False alarm.
1500  Floor staff over at building for meeting.
1600  Floor staff returned.
1610  Floor staff to building #5. for cell feeding.
1800  Count = 99 c   97 f   196.
1815  Completed cell feeding.
1825  Count Clear. staff meeting.
1900  Trash pickup & clean up - / MTA's made Rounds.
1930  Mail passed out.
2115  Count
2200  E.O.W.

January 13, 2005   1/W   Thursday
2200  C/o M. Anthony on duty
2205  Inventory complete
2330  Mail
0015  Count
0230  count
0500  count  100, 100 = 200
0515  % Maldonado. Reband A3 control (order over Hospital)
       Count Clears
0600  E O W.

━━━ 13 JAN 2005   2/W - THURSDAY ━━━
0600  C/O  O. MENDOZA ON DUTY
████████████████████████████
0610  INVENTORY CHECK OF EQUIPMENT COMPLETED
0615  FLOOR STAFF ESCORTED DIABETIC TO MTA's ████
0630  (5) MK WORKERS ESCORTED (██████████████
0635  FLOOR STAFF OVER TO A1 - BEGAN CELL FEED.
0645  ███████████ OUT TO DINING - TO WORK.
0700  BEGAN CELL FEEDING IN A3 M/U.          OVER ⟶

DEF-045

- **Floor Officer's Log Book**
- **Control Booth Officer's Log Book**

# EXHIBIT A (Part 3 of 3)



3/W 1-11-05
1400 C/O Elias on Duty
1405 Inventory & Security ✓
1500 C/O ELIAS OFF DUTY.
** 1/11/05 3/W TUESDAY ** *
1500 C/O Lower (Broderson on Duty)
1505 INVENTORY ✓ COMPLETE.
1710 STAFF IN A3 - CELL FEEDING
1715 MTA IN UNIT
1730 MTA OUT OF UNIT.
1745 STAFF OUT OF A3 - CELL FEEDING COMPLETE.
1800 COUNT TIME. ↓100 ↑100 T=200.
1805 RN IN UNIT. PASSING OUT MEDS.
1818 RN OUT OF UNIT.
1855 COUNT CLEARED.
2000 STAFF PICKING UP TRASH.
*NOTE* MK-9 & WOOD BATON ROUND REPLACED.
2020 MTA & RN'S IN UNIT
2030 MTA & RN'S OUT OF UNIT.
2100 MAIL PICK UP ▓▓▓▓▓
2115 COUNT TIME.
2130 E. ⒸW

 January 12, 2005 1st Watch Wednesday
2200 C/O M. Anthony on duty
2205 Inventory complete
2330 Mail
0015 Count
0230 Count
0500 Count
0600 EOW

DEF-046

—— CONT' FOR 01/13/05 - 2/W - THURSDAY ——

0725  CELL FEEDING COMPLETE IN A3.

NOTE: */M ████████████████ AND
      */M ██████████████ PAROLED.

0900   STAFF MEETING IN A - HOBBY
0915   STAFF IN - CLEANUP (TRAYS /TRASH)
0950   C- STATUS SHOWERS
1020   BEGAN UPPER TIER SHOWERS (250 – 201)
1200   COUNT TIME (STOPPED @ 218)
1335   COUNT CLEARED
1245   RELEASED ABE 1 2 FOR EDUCATION
1300   YARD RELEASE DELAYED DUE TO
       COUNT NOT CLEARING ON C-YARD
1400   E.O.W. ⟨AB⟩ noel

       3/W 1/13/05
1400   C/O LOPEZ ON DUTY
1405   INV ✓ /
1410   YARD ↑ / ↓ DAYROOM
1515   DAY ROOM RECALL
1525   YARD RECALL
1535   DIABETIC RELEASE ████
1600   CHOW RELEASE A-1 – A-5
1745   CHOW COMPLETED
1800   COUNT TIME
1810   MEETING
1900   SHOWERS & PHONES
2020   MTA'S IN BUILDING
2045   SHOWERS & PHONES COMPLETED
2115   COUNT TIME ↓ 99 ↑ 100 – 199
2200   E.O.W ——

/  /  /  /  /



January 14, 2005 1st Watch Friday
2200 C/O M. Anthony on duty
2205 Inventory complete
2330 Mail
0015 Count ①99 ②100 =199
0115 Cell Fight Cell ▮▮▮▮▮▮▮▮▮ and.
▮▮▮▮▮▮▮▮
0230 Count ①99 ②100 =199
0250 Personal ▮▮▮▮ ▮▮▮▮ staff ▮▮▮▮▮▮
▮▮▮▮▮▮
0500 Count ①98 ②100 =198
0510 4 Dining Workers out
0600 EOW
NOTE: I/m ▮▮▮▮ moves TO AS

———— 14 JAN. 2005, 2/W - FRIDAY ————
0600 C/O D. MENDOZA ON DUTY.
0615 INVENTORY CHECK - (1) LEG RESTRAINT OUT - PUT ON
▮▮▮▮▮▮ (SEE 1/W ENTRY) TAKEN TO CTC / C/O HIPP
IS ACCOUNTING FOR THEM
0610 RELEASED MF/PROG WORKERS TO DINING HALL.
0625 FLOOR STAFF OUT - OVER TO A1 FORICHON RELEASE
0700 A3 BEGAN WALKING TO CHOW
0730 A3 BACK FROM CHOW
0830 STAFF MEETING-
0845 OUT CALL - INST. ON FOG 1 STATUS.
0950 PROG PGM TO BE DELAYED DUE TO FOG
1200 COUNT
1235 COUNT CLEARED (FOG)
1300 RDO YARD
1315 TOP TIER DAYROOM.
1400 E.O.W. ———— C▮▮▮ JMR
NOTE! LEG RESTRAINTS BACK !!

DEF-048



3/w  1/14/05  Fri

1400  3/o Lopez on Duty
1405  Inv ✓
1410  9 Dayroom / RDO Yard
1430  In line
1515  Day Room  Recall
1530  Yard  Recall
1540  Diabetic  Released
1600  Chow  Release  A-1 — A-5
1700  A-3  Back  From  Chow
1745  Chow  Completed
1800  Count  Time
1820  meeting
900  worker  Shower  & Phones
2045  Showers  c Phones  Completed
2151  Count  Time  ↓99 ↑89 T-198
Note:  M.TA's  io Building
2200  E.O.W

Saturday  1-15-05  3/w
C/o J. Villalpando  on  Duty - Inventory  VOK
All Tools & Equipment  Accto For /
Count Time /
0041  Count Clear
0050  Alarm Testing
Count Time /
0240  Count Clear
0415  Release Dining Worker -
Count Time
0510  Count Clear / Release Dining Worker
0600  — E.O.W

DEF-049



— 15 JAN 2005 - 2/W - SATURDAY —
0600  C/O  O. MENDOZA ON DUTY
0005  INVENTORY TAKEN OT EQUIPMENT
0010  RELEASE ██████ DIABETIC TO MTA'S OFFICE
0630  FLOOR STAFF OUT- A1 FOR CHOW, RELEASE
0700  A3 BEGAN WALKING TO CHOW.
0730  A3 BACK FROM CHOW.
0840  CHOW COMPLETE
NOTE: (2) CELL FEEDS ( ██████ )
0850  STAFF MEETING
0900  TOP TIER YARD ONLY - NO DAYROOM
0915  FLOOR STAFF ASSISTING W/ PACKAGES
1130  YARD RECALL
1200  COUNT TIME
1235  COUNT CLEARED
1300  LOWER TIER YARD
1315  TOP TIER DAYROOM
1400  E.O.W. ———— (AT WORK)

2/W   1/15/05  SAT.
1400  C/O  LOPEZ  ON DUTY
1405  INV - ✓
1410  ↓ YARD / ↑ DAYROOM
1515  DAYROOM  RECALL
1530  YARD  Recall
1545  DIABETIC  Release ██████
1600  CHOW  A-1  — A-5
1745  CHOW  Completed
1800  Count  Time
1810  meeting
1231  1900  Phones  & Showers
2045  Showers  & phones  Completed
2050  MTA's were called about ██████
—  upper lip Has a cut on it from playing
       foot ball.
2115  Count Time  ↓ 99  ↑ 100  199



68

Sunday 1-16-05 1/w
c/o J. Villalpando on duty - Inventory Vok all ████
tools & equipment accts for / ████
Count Time ████
0040 Count Clear
0050 Alarm testing - Alarm on control panel would
not reset, alarm finally reset, taken to central
Control for repair .
████ Count Time ████
0240 Count Clear
████
0430 Release Dining Worker ████
████ Count Time ████
0512 Count Clear / Release Dining Workers - ████
████
████ / Inventory Vok ████
Note * Personal alarm on control panel returned
0600 ___ E.O.W ___

2nd/Watch 1-16-05 Sunday
0600  06 Mornings on Duty
0605  Inventory check ok.
0615  Release Diabetic ████ to Medical
0620  Floor staff out for Feeding A1 walking to chow
0720  A3 release for chow
0845  Plumbers in the housing Unit to Ex 249 & 250



3/W 1/16/05 Sun.

11    1400  C/o Lopez on Duty
      1405  Inv. ✓
      1410  No Program
      1570  Diabetic Release 145⁴
sould 1525  ⟨ Code #2   C-1 Yard ⟩
(     1530  Alarm   A-Program ⟨maw Down⟩
      1620  Chow Release  A1 — A5
      1745  Chow Completed
      1820  Count Time
      1830  meeting
      1900  Phones & Showers
      2020  Alarm   A-2 ("Resisting" staff No force)
new   2030  mTa's in Building
      2045  Showers & phones Completed
      2115  Count Time   ↓99  ↑100 - 199
      2200  E. C. W

            January 17, 2005 1st Watch Monday
      2200  C/O M. Anthony on duty
      2205  Inventory  complete
      0005  Count
      0230  Count
      0405  1 Dining Worker out
      0500  Count
      0530  5 Dining Workers out
      0600  ECW
            MONDAY JANUARY 17, 2005
      0600  C/O C. Cabral on Duty
                         ⬛ ⬛  & Inv. ✓
      0610  Released Diabetic
      0620  Released Central Kitchen
      0630  Chow Started)        Chow Complete
      0715  A-3 Walked 2 chow / 0745 A-3 Back From chow  w/ couple yards
      0830  Staff meeting - Normal  Program  A-3 & 5 Yard Day
      0845  I/m ⬛⬛⬛⬛  Taken to A-facility!

DEF-052

MONDAY JANUARY 17th 2005.

0700  1st TIER YARD RELEASE

0930  DAY ROOM RELEASED 2ND. TIER 1030 C-STATUS SHOWERS

1100  DAY ROOM RECALL

1115  YARD RECALL

1200  COUNT TIME

1250  RELEASED 6 (SIX) Blk 4 CATHELIC SERVICES

1300  YARD RELEAS 2ND TIER & 1ST TIER R.D.O's

1325  DAY ROOM RELEAS 1st TIER

1400  E.O.W.


3/W  1/17/05  Mon.

1400  C/o Lopez on duty

1405  Inv.

1410  ↑ YARD  ↓ DAY ROOM

1430  Inline

1515  DAY Room Recall

1530  YARD Recall

1545  DIABETIC Release

1600  CHOW Release A) — A5

1750  CHOW Completed

1800  Count Time

1815  MEETING

1835  Laundry Pick up

1900  Phones & SHowers

2030  m'ts in Building

2045  SHowers & Phones Completed

2115  Count Time  ↓  88. 100 – 128

2200  E.O.W.

January 18, 2005 1/W. Tuesday

2200  C/O M. Anthony on duty

2205  Inventory complete

2330  Mail

0015  Count

0230  Count

DEF-053



0405 1 Dining Worker out
0500 Count
0520 3 Dining Out
0600 EOW
       TUESDAY JANUARY 18, 2005
0600 C/O C. CABRAL ON DUTY
0610
0620 RELEASED CENTRAL KITCHEN & ███████ DIABETIC
0700 RELEASED BUILDING 4 CHOW / 0730 BACK FROM CHOW
0830 STAFF MEETING
0900 2ND WATCH STATUS / WORKER & SHOWER CREWS = ONLY
1100 MOMENT OF SILANCE
1200 COUNT
1210 RUMBER IN BUILDING
1230 I/M ███████ & I/M ███████ TO CTC
1245 RELEASED ███████ & ███████ TO DINNING
1400 E.O.W.


01-18-2005 (TUESDAY) 3/w
1400 C/o DOTSON ON DUTY
1410 INV. CK.
1415 CONTINUE WORKERS SHOWERS
1630 START FEEDING THE BUILDING (CELL FEED)
1650 FEEDING COMPLETE
1705 PICKUP TRASH & TRAYS
1800 COUNT
1825 COUNT CLEARED
1900 DINING WORKERS RETURNED FROM WORK
1950 WORKER SHOWERS COMPLETE
███████ MAIL PICKUP ███████
2115 COUNT
2200 OFF DUTY

DEF-054



January 19, 2005    1st watch    Wednesday

2200 C/O M. Anthony on duty
     Inventory ▮▮▮▮▮
2345 Mail
     Count ▮▮▮▮▮
     Coun ▮▮▮▮▮
▮▮ 0 Dining Worker out ▮▮▮▮▮
     Count ▮
0515 2 Dining Workers out
     Inventory complete
0600 EOW

            Jan 19 2005
0600 C/O D Robinson on Duty
0610 Inventor ✓
0745 Chow
0930 Yard releas (RDO's)
1015 ▮▮▮▮▮▮▮ Mutual Combat ▮
     ▮▮▮▮▮▮    +    ▮▮▮▮▮▮
1200 Count
1400 EOW
     3rd w 1-19-05
1400 C/O D. GALLOWAY ON DUTY
1410 INVENTORY CHECKED
1420 NO PROGRAM
1430 WORKER SHOWERS
1530 START CHOW (WALKING)
1720 CHOW COMPLETE
1800 COUNT
1900 NO PROGRAM
     ▮▮▮▮▮▮▮
2115 COUNT
2200 E.O.W

DEF-055



January 20, 2005  1st Watch  Thursday
2200 C/O M. Anthony on duty
▮▮▮ Inventory ▮▮▮▮▮▮▮
2330 Mail
▮▮▮ Count ▮▮▮▮▮▮▮
▮▮▮ Count ▮▮▮▮▮▮▮
▮▮▮ Count ▮▮▮▮▮
0545 2 Dining Workers out
▮▮▮ Inventory / Fire ▮▮▮▮▮▮
0600 EOW

1-20-05  2nd/w  S Jones
0600  Relieved 1st/w
0620  Released kitchen workers, inventory ≈ ok
0645  Chow Release
0703  Returned from chow
0845  morning meeting. Released ABE 1,2,3
0900  Yard, day room
1110  day room recall
1130  yard recall
1715  count
1830  count cleared
1900  yard, dayroom
1400  Relieved.

3/w  1/20/05  Thurs.
1400  C/o Lopez on duty
1405  Inv - ✓
1410  ↓ Dayroom
1515  Dayroom Recall
1530  Yard Recall
1545  Diabetic Release 145°
1600  Chow A1 — (A5 - cell feeding)
1750  Chow Completed
1800  Count Time
1830  Laundry Pass Out

← NEXT PAGE →

DEF-056



3/w  1/20/05  Cont

1835 meeting
1900 Phones ē cooker Showers
2000 MTA's in Building
2045 Showers ē Phones Completed
2115 Count Time ↓ 99 ↑100 199
2200 E.O.W

January 21, 2005 1st Watch Friday
2200 C/O M. Anthony on duty
███ Inventory complete / ███████████
2330 Mail
█████ Count/ ████████████
█████ Count/ ██████████████
█████ Count/ ███████
███ 5 Dining Workers out/ ████████
0800 EOW

January 21, 2005 2nd Watch Friday
0600 C/O M. Anthony on duty
0605 Inventory
0645 Chow
0705 Return from chow
0840 Education Release A B E I II III
0905 Yard release
0920 Dayroom
1110 Dayroom recall
1130 Yard recall
1200 Count
1300 yard cancelled dayroom released
1300 Building change ████████████
████████████████
1400 EOW

DEF-057



3/W   1/21/05   FRIDAY
1400  C/o. LOPEZ ON DUTY
1405  INV - ✓
1410  DAYROOM  ⟨ NO YARD ⟩
1515  DAYROOM  Recall
1530  DIABETIC  RELEASE  ████
1600  CHOW  RELEASE  A1 — A5
'640  Alarm  A-2  ⟨ cell fight- NO FORCE⟩
1745  CHOW  Completed
1800  Count  Time
'815  meeting
1900  Phones  & Shower
2000  mTA's  in  Building
2045  Showers  &  Phones Completed
2115  Count  Time  ↓ 99  ↑ 100   199
2200  E.O.W  ———

SATURDAY. 1-22-05  ✓w
       C/o  S.Villalpanos  ON  Duty - INVENTORY  ✓ok All Tools
       & EQUIPMENT  Accto  For / ████████
2355  FoG  I
████  Count  Time  / ████████    / FoG  II
0045  Count  Clear
████  Count  Time  / ████████
0243  Count  Clear
0330  Alarm  Testing
████████
0410  Dining  Worker  Escorted  TO  DINING  ████████
████  Count  Time  ████████
0518  Count  Clear  / Escort  Dining  Workers  To  Dining  Hall
    ████████  ████████
    ████████  / Inventory  ✓ok
0600 ——— E.O.W. ———

DEF-058

2/W 1-22-05 SATURDAY
0600 GOBER
███████ / INV ✓
0640 LUNCHES PASSED OUT
0715 CHOW
730 T-T PICKUP
0845 MORNING MEETING / ████████    TO VISIT
0910 █████████  # ████████ ███████
█████████ TO VISIT ████████  TO PROGRAM
0920 ████████████  TO VISIT
0920 ████████ TO LAWLIBRARY, ████████  TO
A-MEDICAL
0943 █████████  TO VISIT
0952 MTA IN BUILDING
1010 ████████ BACK FROM MEDICAL
1200 COUNT
1240 ████████ TO VISIT
1246 ████████ TO DINING
1330 YARD RELEASE RDOS
1335 DAYROOM RELEASE
1400 EOW

3/W 1/22/05 SAT.
1400 S/O LOPEZ ON DUTY
1405 INV ✓
1410 RDO YARD / ↑ DAYROOM
1515 DAYROOM RECALL
1530 YARD RECALL
1545 DIABETIC RELEASE 145L
1600 CHOW A1 — A5
1735 CHOW COMPLETED
1800 COUNT TIME

DEF-059



3/W 1/22/05 SAT "CON'T"
1815 MEETING
1900 PHONES & SHOWERS
2015 MTA'S IN BUILDING
2045 SHOWERS & PHONES Complete ✓
2115 COUNT TIME ✓ 99 9/100 199
2200 E.O.W _____

SUNDAY 1-23-05 ▓▓
C/O J. Villalpando ON DUTY - INVENTORY VOL 911
TOOLS & EQUIPMENT ACCTD FOR ▓▓▓▓▓
2250 FOG #
▓▓ COUNT TIME / ▓▓▓▓▓▓
0050 COUNT CLEAR
0110 ALARM TESTING
▓▓ COUNT TIME ▓▓▓▓▓▓
0445 COUNT CLEAR
0415 I/M ▓▓▓▓▓▓ DINING WORKER ESCORTED TO
DINING
▓▓▓ COUNT TIME ▓▓▓▓▓
0515 COUNT CLEAR / DINING WORKERS ESCORTED TO
DINING ▓▓▓ ▓▓▓ ▓▓▓
▓▓▓ / INVENTORY VOL
0800 — E.O.W. _____

—— 23 JAN 2005 - 2/W - SUNDAY - A YARD RE-DIRECT ——
0600  C/O O. MENDOZA ON DUTY
0605  INVENTORY CHECK
0610  FOG I STATUS - CELL FEEDING / OPENING FOOD PORTS
0620  ▓▓▓ DIABETIC RELEASE TO MTA'S OFFICE
0630  FLOOR STAFF OVER TO A5 - BEGAN CELL FEEDING
0830  CELL FEEDING COMPLETE - FOG II STATUS.
0840  (2) PORTERS OUT FOR TRAY - TRASH PICK UP.
0900  1/W STATUS DUE TO RE-DIRECTS OFF THE YARD

DEF-060

CONT' FOR 2/W - 01-23-05 - SUNDAY — 0

1000  BACK TO FOG I STATUS — 060

1005  MTA'S IN A3 PASSING OUT MEDICATION — 061

NOTE:  I/m ███████ COMPLAINING ABOUT TOOTH ACHE! — 072

SPOKE TO SGT. GOMEZ @ 1025 — 692

1200  COUNT TIME — 1080

1215  MTA'S IN A3 (PM MED'S) — ███ REC'D PAIN — 1115

MED'S FOR HIS TOOTHACHE! — 120c

1235  COUNT CLEARED — 1380

1245  3/W DINING WORKERS OUT

1400  E.O.W. — ⊕ NR

3/W  1/23/05    SUNDAY — 15

1400  C/O LOPEZ ON DUTY — 16

1405  INV. ✓ — 17

1410  No Program

1510  DIABETIC  RELEASE  ███████

1530  CHOW  RELEASE  A-1 — A-5

1655  CHOW  Completed

1800  COUNT  TIME

1815  MEETING

1900  PHONES & WORKER SHOWER

1930 2030  MTAS IN BUILDING

2040  PHONES & SHOWERS Completed

2115  COUNT TIME  ↓99 ↑ 100 - 199

2200  E.O.W.

January 24, 2005  1st Watch  Monday

2200  C/O M. Anthony on duty

███  Inventory complete / █████████

2355 Mail

███  Count /  ██████

0100 Alarm test: Unable to turn off alarm

███  Count /  ███████

0445 / Dining  Work out

███  Count /  ██████

DEF-061



05                        1-24-04
0600    %0 D Robinson on Duty
0615    Inventory check complete
0720    Morning chow
0930    Alarm check
1000    Dayroom release
1115    Dayroom recall
1200    Count
1300    Yard release

        2h    1-24-05    MONDAY
1500    C/O CROXTON ON DUTY
1530    YARD RECALL
1640    CHOW RELEASE
1705    RETURNED FROM CHOW
1715    ALARM  A-2 Dining , ResiSting staff
1800    COUNT
1815    STAFF to meeting
1900    phones / Porters
2100    mail pick up

2200    EOW

        January 25, 2005   1st Watch Tuesday
2200 C/O M. Anthony on duty
        Inventory check/
2330 Mail
        Count /
        Count /
0405 1 Dining Worker  out
         count /
0515 4 Dining Workers  out
        Inventory (
0600 EOW

DEF-062



8.

2/W JANUARY 25, 2005
0600 C/o MARQUEZ on DUTY
0605 Inventory complete.
0621 C/o Hall and notified That J/m ████████ has
     no yard relay, due to not going to work.
0700 Morning Chow release
0740 S/m's returned from chow.
████████████████████
0830 Morning meeting
0900 Meeting Complete
0900 Gymnasium release
1000 Running Shower L/tier
1140 MARQUEZ WENT TO RANGE - C/o NEWCOMB Relieves
1200 Count
1235 ABE 1 Released
1245 Start issuing Packages in BLDG
1335 Alarm A5 - Medical
1400 E.O.W.

     3/w. Tuesday 1-25-05
1400 C/o white on duty
1405 Inv ✓
1710 Cont. running Packages
1500 Running canteen
1530 Edu. Back in as L
1545 C/o white E.O.W.
1545 C/o Jasso on Duty
1600 Complete Shower program
1605 A-1 walk to Chow
1620 A-2 Walk to Chow
1630 A3 walk to Chow
1640 A4 walk to chow
1650 A5 Walk to Chow
1710 Chow Complete
          Continue Next Page



1800   Count
1900   MAC out, porters out, Run phones
2000   Complete Showers, Worker showers
       I/m ████████   I/m to ████████
2015   I/m ████████   to A5
       ████████ , mail pickup
2115   Count
2140   Count Cleared
2200   E.O.W

                    I/w 1-26-05 Wednesday

2200   C/O M. Anthony on duty
       ████ Inventory & ████████████████
2330   Mail
       ████ Count 2 ███████████████
       ████ Count ████████████
0405   1 Dining Worker out
       ████ Count & ███████████
0525   3 Dining Workers out
────── 26 JAN 2005 - 2/W - WEDNESDAY ──────
0600   C/O O. MENDOZA ON DUTY
0605   INVENTORY CHECK - ALL ACCT' FOR
0615   RELEASED I/m ████████████ ) DIABETIC SHOT
0620   MK/ PROG. WORKERS RELEASED
0630   FLOOR STAFF OUT - OVER TO A1 FOR CHOW REL
0700   BEGAN RELEASING A3 H/u TO DINING
0730   A3 H/u BACK FROM DINING
0815   ABE 1,2,3 EDUCATION RELEASE
0900   RDO YARD RELEASE
0915   LOWER TIER DAYROOM
1045   BEGAN C-STATUS SHOWERS
1115   DAYROOM RECALL
1130   YARD RECALL (INCL. ABE 1 ONLY)
1200   COUNT TIME

                                    OVER

DEF-064

CONT' FOR 2/W - 01-26-05 - WED.

| | |
|---|---|
| 1235 | COUNT CLEARED |
| 1245 | (2) FOR DINING ████████ |
| 1300 | RDO YARD RELEASE |
| 1315 | TOP TIER DAYROOM |
| 1400 | E.O.W. ——— O ——— |

1/26/05   3/W

| | |
|---|---|
| 1400 | C/O CUNNINGHAM, ON DUTY |
| | ████ INV ✓ EQUIPV |
| 1435 | C-STATUS YARD RELEASE |
| 1500 | C/O ESPINOZA Relieves C/O Cunningham |
| | ████ INVENTORY ✓ |
| 1510 | Continue workers showers |
| 1600 | Start Chow |
| 1630 | A-3 to Chow |
| 1715 | Chow Complete |
| 1720 | FLOORSTAFF BACK IN BLDg |
| 1725 | PASS BACK LAUNDRY, SHOWERS |
| 1800 | Count |
| 1815 | Meeting for floor staff |
| 1820 | Count CLEAR |
| 1835 | FLOORSTAFF BACK IN BLDG |
| 1845 | Release AA |
| 2115 | Count |
| 2200 | E.O.W. |

January 27, 2005  1st Watch  Thursday

| | |
|---|---|
| 2200 | CCO M. Anthony on duty |
| | Inventory & ████████ |
| 2320 | Mail |
| | Count ████████ |
| | Count ████████ |
| | Count ████████ |
| 0530 | Dining Workers out |
| | Inventory & ████████ |

DEF-065