**United States District Court**
**For the Northern District of California**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. PADILLA, | No. C 06-01725 JF (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| M. S. EVANS, et al., | |
| Defendants. | (Docket No. 109) |

Plaintiff has filed a request for an extension of time to file an opposition to Defendants' motion for summary judgment. Good cause appearing, Plaintiff's request for an extension of time (docket no. 109) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than July 1, 2008.** Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED:  6/2/08

JEREMY FOGEL
United States District Judge

Order Granting Motion for Extension of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.06\Padilla1725.eot-oppo.wpd