Salinas Valley State Prison
Larry D. Padilla, P-05966
P.O. Box 1050 / A3-202L
Soledad, Ca. 93960-1050

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DICTRICT OF CALIFORNIA

(SAN JOSE)

FILED
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Larry D. Padilla, )
      Plaintiff, )
Vs. )
M.S. Evans, (Warden), )
et.al.  Defendant. )

Case No. 5:06-CV-01725-JF

PLAINTIFF'S NOTICE OF MOTION IN OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT

To: Scott J. Feudale, Deputy Attorney General and attorney for Defendant(s) M.S. Evans, et.al.

Please take notice that Plaintiff moves the Court to accept and rule in favor of the Plaintiff's opposition to Defendants' Motion for Summary Judgment to dismiss.