UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

**FILED**
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Larry D. Padilla,        )
          Plaintiff,     )     Case No. CV-06-1725 MJJ
                         )
vs.                      )     5:06-CV-01725-JF
                         )     PROOF OF SERVICE
M.S. Evans, (Warden),    )
et. al. Defendant.       )

I hereby cerify that on June 24th, 2008 I served a copy of the attached:

NOTICE OF MOTION IN OPPOSITION AND OPPOSITION
TO DEFENDANT(S) SUMMARY JUDGMENT

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Salinas Valley State Prison:

Scott J. Feudale,                        To: Clerk, U.S. District Court
Deputy Attorney General                  Northern District of California
455 golden gate Ave., Suite 11000        280 South First Street, Room 2112
San Francisco, Ca. 94102-7004            San Jose, Ca. 95113-3095

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24th, 2008

Larry D. Padilla P-05966
P.O. Box 1050 / A3-202L
Soledad, Ca. 93960-1050