```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  ROCHELLE C. EAST
    Acting Senior Assistant Attorney General
 4  JONATHAN L. WOLFF
    Supervising Deputy Attorney General
 5  SCOTT J. FEUDALE, State Bar No. 242671
    Deputy Attorney General
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
 7   Telephone: (415) 703-5871
     Fax: (415) 703-5843
 8   Email: Scott.Feudale@doj.ca.gov

 9  Attorneys for Defendant Michael S. Evans
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY DEAN PADILLA,<br><br>   Plaintiff,<br><br>v.<br><br>M. S. EVANS,<br><br>   Defendant. | CASE NO. C 06-1725 JF<br><br>**DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Evans, for the reasons more fully set forth in the accompanying declaration of counsel, respectfully requests a 15-day extension of time up to and including July 28, 2008, to

///
///
///
///
///
///
///

1  file his reply brief to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

3  Dated: July 11, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

SCOTT J. FEUDALE
Deputy Attorney General
Attorneys for Defendant Evans

20121500.wpd
SF2006200423

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Padilla v. Evans**

No.:   **C 06-1725 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 11, 2008, I served the attached

**DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF SCOTT J. FEUDALE IN SUPPORT OF DEFENDANT'S EXPARTE REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Larry D. Padilla (P-05966)
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960-1050
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 11, 2008, at San Francisco, California.

_____
M. Luna
Declarant

_____
*M. Luna*
Signature

20122343.wpd