EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
SCOTT J. FEUDALE, State Bar No. 242671
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5871
  Fax: (415) 703-5843
  Email: Scott.Feudale@doj.ca.gov

Attorneys for Defendant Michael S. Evans

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY DEAN PADILLA,<br><br>                        Plaintiff,<br><br>v.<br><br>M. S. EVANS,<br><br>                        Defendant. | CASE NO. C 06-1725 JF<br><br>**DECLARATION OF SCOTT J. FEUDALE IN SUPPORT OF DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, SCOTT J. FEUDALE declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendant Evans (Defendant) in this matter. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's request for an extension of time to file his reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

2. According to the Court's June 10, 2008 order granting Plaintiff's request for an extension of time to file his opposition, the last day for Defendant to file a reply to Plaintiff's

Decl. Feudale Supp. Def.'s Req. Ext. Time                                                      Padilla v. Evans<br>
                                                                                                         C 06-1725 JF

1

1  Opposition to Defendant's dispositive motion is fifteen days after Plaintiff files his Opposition.
2  On June 26, 2008, Plaintiff filed his opposition to Defendant's motion for summary judgment.
3  Accordingly, under the current scheduling order, Defendant has until July 11, 2008, to file a reply
4  to Plaintiff's opposition.

5      3.  Based on the following, Defendant respectfully requests a 15-day extension of time up
6  to and including July 28, 2008, to file a reply to Plaintiff's Opposition to Defendant's Motion for
7  Summary Judgment:

8      a.  During the time period between the time Plaintiff filed his Opposition to
9  Defendant's Motion for Summary Judgment and today, I have been managing a busy case load.
10 During the last week of June and first two weeks of July 2008, I prepared and filed a reply to an
11 opposition to a motion for summary judgment in the case of *Alls v. Friedman*, Untied States
12 District Court, Northern District of California, Case No. 05-0901; prepared and filed a motion for
13 judgment on the pleadings in the case of *Liebb v. Daly*, United States District Court, Northern
14 District of California, Case No. 04-0950 CW; co-drafted an opposition to a motion for limited
15 remand and drafted a motion for reconsideration in the case of *Lira v. Kirkland*, United States
16 Court of Appeals for the Ninth Circuit, Case No. 08-15529; drafted an opposition to a motion for
17 contempt and sanctions in the case of *Jones v. Cunningham*, United States District Court,
18 Northern District of California, Case No. 99-20023 RMW; and attended a case management
19 conference in the case of *Crayton v. Scheerer*, Monterey County Superior Court, Case No. M
20 77472.

21     b.  In addition, from July 4, 2008 through July 7, 2008, I was out of the office.
22     4.  Because Plaintiff is currently incarcerated, he cannot easily be contacted for an
23 extension of time.
24     5.  No previous extensions of time has been sought regarding the filing of Defendant's
25 reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. This request is
26 ///
27 ///
28 ///

Decl. Feudale Supp. Def.'s Req. Ext. Time                    Padilla v. Evans
                                                                                               C 06-1725 JF

1 | not made for the purpose of harassment or undue delay or for any improper reason.

2 |     I declare under penalty of perjury that the forgoing is true and correct to the best of my

3 | knowledge.  Executed at San Francisco, California, on July 11, 2008.

 

                                              *[signature]*

                                              Scott J. Feudale
                                              Deputy Attorney General

Decl. Feudale Supp. Def.'s Req. Ext. Time                            Padilla v. Evans
                                                                                                  C 06-1725 JF