IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LARRY DEAN PADILLA,<br><br>Plaintiff,<br><br>v.<br><br>M. S. EVANS,<br><br>Defendant. | CASE NO. C 06-1725 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
|---|---|

Defendant Evans (Defendants) filed a request for a 15-day extension of time up to and including July 28, 2008, to file his reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The Court has read and considered Defendant's request and good cause appearing,

IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and including July 28 2008, to file his reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is GRANTED. Defendant shall file and serve his reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment no later than July 28, 2008.

Dated: _____

The Honorable Jeremy Fogel
United States District Judge